1, June, 2016.

From: Annamalai Annamalai
      56820-379
      C/O Marion United States Penitentiary,
      P.O.Box-1000, Marion, Illinois-62959.

To: The Clerk Of The Court
    United States District Court

Ref: My SUIT /BILL IN EQUITY FOR "specific performance of "CONTRACT"

Sub: Humble Request to Docket this Suit as a Suit for Specific
     Performance of Contract reg:

Dear Respected Clerk of the Court,

   Please find herewith as enclosures the following pleadings are
all associated this Suit, and I humbly request you to immediately
send me the Case Number with the stamped Copies for my records, so
that , I can move on "waiver" of Service of summons appropriately.

   You will find the Followingenclosures with this letter, and in any
case, if you happend to miss anything from the following list, let
me know immediately to take care of it in a timely manner.

   (1). My SUIT FOR SPECIFIC PERFORMANCE IN EQUITY has " 7 Pages ".
   (2). The exhibits distinctively marked as " A through D" has a total
   pages of  30 .
   (3). A Motion & Demand for Mandatory Judicial Notice Pursuant to
   Fed.r.evid. 201(c)(2) & 401(c)(2), which has a total pages of  6  .
   (4). Bond for cots and Injunction Bond has a Total of 4 pages.
   (5). Unopposed, Ex Parte Motion for Interlocutory Injunction,
   with an affidavit and verification has a total page of Six.
   (6). A Wrti of Praecipe to proceed on this Suit without any costs
   and fees, "NOT" as a a benefit or privilege as an indigent party,
   but as an inherent right as a NATURAL PERSON, has 2 pages.
   (7). Notice of consent to Proceed before a magistrate Judge has
   two pages.
   (8). The duly filled out Summons for the Defendants' has 18
   Pages.

    Again, I would like to humbly request you to send me stamped
copy for my records, so that I can appropriately move on this
Suit in a timely fashion and manner.

   Respectfully submitted on this day of  O1 , June, 2016.

                                        Annamalai Annamalai

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY


TO: The Honorable Chancellor Holding the Court of Chancery:


| | | |
|---|---|---|
| Annamalai Annamalai, | * | |
|     Complainant/Petitioner, | * | |
| | * | |
| V. | * | |
| | * | |
| | * | |
| Vanaja Sekar, | | SUIT NUMBER:_____ |
| Manisha Jasti, a/k/a Manisha Jasty, | * | |
| Vasundhara Krishnamohan, | * | IN EQUITY |
| Kevin Kraft, | * | |
| Sonali Kraft, | | |
| Velu Pillai, | * | |
| Kalavathi Baskaran, | * | |
| Packyalekshmi Pillai, | | |
| Hema Mehta, | * | |
|     Defendants. | * | |


BIL IN EQUITY
VERIFIED COMPLAINT FOR SPECIFIC PERFORMANCE
&
" UNOPPOSED " MOTION FOR INTERLOCUTORY INJUNCTION

I

The Names, Characters, and County/State of Residence
of the Defendants' and the Complainant


The Defendants's are of sound mind, immigrants from India ( except Kevin Kraft) and are of Indian decents, and follows the religion of Hindu Faith, Except Kevin Kraft who was not from India. None of the defendants are "lunatic" and well matured adults. Vanaja Sekar,Manisha Jasti,Velu Pillai, Packyalekshmi Pillai, and Vasundhara Krishnamohan are citizens of New Jersey. The Complainnat is informed and so charges that Kevin Kraft & Sonali Kraft are Citizens of Maryland. Hema Mehta is a citizen of Maryland and Kalavathi Baskaran is a Citizen of California.

The Complainant is Citizen of Texas, the " ONLY" Hindu High Priset in the entire United States, who is the 'authority' scholar, Guru, Swamiji, and orator of Atharva Veda, which is the fourth Branch of Hindu Religion.

1.

II

The Complainant is a Hindu by Birth, and a Hindu High Priest (Swamiji).Complainant and the Defendants had a long time "relationship" as a Spiritual advisor/Swamiji/Mentor/ Guru for all the defendants, Every one of the defendants in this Suit, took personal spiritual services from the Complainant, and end up defrauding the Complainant through their 'unconscionable' scheme, and conspiracy acts, which has injured and harmed the Complainant and his 1200 years plus old 'Monastery' and Hindu Temple Organizations, to an ' irreparable level'.

III

Whereas, Your complainant is informed and believes and
SO CHARGES THAT,

1. On or about 26, April, 2016 ( 04/26/2016 ), the Complainant and Respondents' entered in to a Contractual relationship as a result of "CONSENT and AGREEMENT" of the Defendants- Complainant ( hereinafter "Parties") through their, by their ' Tacit Acquiesence '; and,

2. The Respondents have Defaulted by their Tacit acquiesence and have CONSENTED and AGREED to all the allegations, as stated, stipulated in the Notice, Private International Remedy Demand ( hereinafter "First Notice"); and

3. The Respondents have CONSENTED AND AGREED that, the Complainant and Petitioner, were mutually assented, consented and agreed through their Oral contracts, for several series of Atharva Vedic rituals, poojas, havan, Homom and also by the Complainant, supplying of several merchandise(spiritual), which are not limited to NAADI ( Ancient holy Palm Scripts used in the Atharva Vedic Rituals/Prayers) for a cost to the Defendants ( Not for free ). The oral Contracts between the parties were definite proposal and left no essential terms open;Land,

4. The Defendants have " CONSENTED" and "AGREED" that, because of the breach of duty imposed by Oral Contract,caused by the Defendants's the Complainant has lost in Millions of Dollors, although the Compla--inant has performed/ honored his part of the Oral contract; and

5.  The defendants have CONSENTD and AGREED with the Complainant that, A Swamiji- Spiritual followers relationship is a very Holy & SPECIAL RELATIONSHIP as per the Hindu religion's Atharva Veda; and,

6. The Defendants have CONSENTED and AGREED that, they have intentionally abused the " SPECIAL RELATIONSHIP" with the Complainant, and all the Defendants have taken undue advantage of an 'innocent Swamiji", which is the Compliant, for the illegal and immoral material gains of the Defendants; and,

7.  The Defendants have CONSENTED and AGREED that, the Defendants have intentionally made material misrepresentations of the past to the Complainant, to deceive the Complainant intentionally; and,

8. The Defendants'have CONSENTED and AGREED that, when they have made intentional fales **representation** of the facts to the Complainant, the defendants' knew very well about the false misrepresentations, by misstating the facts to the Complainant and caused irreparable injury harm towards the Complainant; and

9. The Defendants' have CONSENTED and AGREED that, their various frauds commiitted to harm and injure the Complaint were ' willful and Wanton misconduct '; and,

10. The Defendants have  CONSENTED AND AGREED that, they were "unjustly enriched by their intentional malice, and further through intentional criminal acts and by injuring the Complainant.

11. The Defendants' have CONSENTED and AGREED that, the retention of benefits conferred to the Defendants' without paying for was really 'UNJUST' ; and,

12. The defendants' have CONSENTED and AGREED that, they themselves and or through their privies, agents and or through their family members, have filed, materially false, corrupt, and misleading infor- mation/s to the United States Government Agencies and also to its officers, with malice intent to harm the Complainant; and,

13. The Defendants have CONSENTED and AGREED that, they are  combina- -tion of persons with a real agreement with a common design, joined together for an unlawful means and have caused damages to the Complainant; and,

14. The Defendants have CONSENTED and AGREED  that, they have willfully committed malicious acts/torts of interference with the Contractual relationship, which the Complainant had with his followers; and,

15  The Defendants have CONSENTED and AGREED that, they have willfully committed malicious acts/ tort of interference with  prospective economic advantage, which the Complainant expected to receive from his millions of followers; and,

16. The Defendants have CONSENTED and AGREED that, they have aided and abetted their Co- Conspirators Valmikinathan Raghunathan, Gopa Kumar Venugopalan and Chandramohan Loganathan to Commit fraud against the Complainant, by the way to harm and Injure the Complainant; and,

17. The Defendants have  CONSENTED and AGREED that, they have collec- tively caused to Steal, and or Misappropriate $700 Million plus worth various TRADE SECRETS belonging to the Complainant, by conspiring with  Valmikinathan Raghunathan, Gopakumar Venugopalan and Chandra- mohan Loganathan; and,

18. The defendants have CONSENTED and AGREED that the intentional emotional distress caused to the Complainat and Complainant's brother caused the DEATH of the Complainants' brother; and,

19. The Defendants's have CONSENTED and AGREED that, the intentional infliction of emotional distress caused by them, resulted in the Complainant's various health ailments,which he is undergoing now; and,

20. The Defendants'have  CONSENTED and AGREED that various malice acts intentionally committed by them towards the Complainant  were SEVERE and CAUSED with RECKLESS DISREGARD OF THE CONSEQUENCES; and,

21. The Defendants' have CONSENTED and AGREED that, as a direct and proximate cause of the wrongful acts of the Defendants', the Compla--inant suffered extreme indiginities and humiliation, sever emotional distress even led to ' suicidal death' of the Complainant, loss of liberty, loss of standing in the community and has been held up to ridicule before his peers and has lost his statutory rights to an education free and clear of above deprivation; and,

22. The Respondents have CONSENTED and AGREED that, they have comm--itted willful Criminal acts of Theft by taking, wire fraud, mail fraud, extortion, obstruction of justice, and Bank Fruad in furtherance of their Conspiracy to maliciously prosecute the Complainant through their conscious shocking and false & perjured testimony, with by submitting false pretenses to the U.S.Federal agencies, and also by falsely projecting the INDIVIDUAL DEFENDANTS as the " Victims of Bank Fraud.

23. The Defendants have CONSENTED and AGREED that, the United States Bank Fraud Statue ( 18 U.S.C.  1344 ) was NOT enacted by the congress to "PROTECT" the INDIVIDUAL VICTIMS; and,

24. The Defendants' have CONSENTED and AGREED that, they had/ have a illegal functional connection with an INTERNAL REVENUE SERVICE SPECIAL AGENT ( " IRS " ) known as JACQUELINE H.REYNOLDS, and all of them  have conspired together with an " understanding ", to shut the religious practices and the Temple organizations in which the Complainant is connected to/with; and,

25.  The Defendants' have CONSENTED and AGREED that, they have caused to violate the first, fourth and fifth Amedment constitutional prot-ection rights of the Complainant; and,

26. The Defendants' have CONSENTED and AGREED that, they have engaged in fraudlent scheme thereby, they have placed and passed several continuing misrepresentations and have presented several false facts to the Financial Institutions insured by " FDIC " with the GOAL to help to maliciously prosecute the Complainant on a  so called Bank Fraud charges with their false testimony and Statements; and,

27. The Deefendants have CONSENTED and AGREED that, none of them even qualified as " Bank Fraud" victims even to statrt with; and,

28. The Defendants have CONSENTED and AGREED that, they have malici--ously cooperated with their co- conspirator, the IRS Special Agent

4.

Jacqueline H.Reynolds, and have further supported Jacqueline H.Reynolds, to falseIy and maliciously indict, prosecute and convict the Complai-
-nant on the alleged Bank Fraud Charges in a criminal case.

29. The Defendants have CONSENTED and AGREED that, an United States Federal Agent known as STEVEN LANGAMANDEL, under OATH has testified at the Criminal trial of the Complainant that, he has spoken to the defendants', and after his investigation revealed that, the Defendants had/ have " DISAGREEMENTS' with the Complainat, and there was NO EVIDENCE OF FRAUD committed by the Complainant.

30. The Defendants' have CONSENTED and AGREED that, the Notice/ Bill titled as International Private remedy demand and Notice of Fault-opportunity to cure were the attempts of the Complainant in good faith, and the Complainant approached the Defendants with utmost conscience, with utmost clean hands and pure hearts to settle the controversy in an amicable manner; and,

31. The Defendants have CONSENTED and AGREED to pay a damage amount of $54 Million (54,000,000.00 ), plus 1/2 ( half) of the pay chcek ( from the defendants' work) and or business income of the Defendants' until their life time, and to be ' jointly and severally' liable & responsible to settle the damage amount as stated herein to`the Complainant; and,

32. The Defendants and the Complainat have CONSENTED and AGREED that, any failure to settle the damage amount as Agreed by the Defendants' will be settled through a formal resolution for SPECIFIC PERFORMANCE in Equity; and,

33. The Copies of the NOTICE, PRIVATE INTERNATIONAL REMEDY DEMAND, ( First Notice )- Exhibit - A, NOTICE OF FAULT - CONSENT TO DECREE (Second Notice )- Exhibit- B, NOTICE OF DEFAULT ( Third Notice ) - Exhibit- C, NOTICE DEMAND FOR PAYMENT & DEMAND FOR SPECIFIC PERFORMANCE & NOTICE OF INTERLOCUTORY INJUNCTION ( Fourth Notice)- Exhibit - D are all attached hereto and fully incorporated herein; and,

34. The Copies of the Mail log showing various mails mailed to the Defendants is  attached hereto as Exhibit - E, and incorporated herein.

IV

Prayer For Process

(a). The Complainant Prays to the Chancellor/ Court for process and Summons for the Respondents  to appear and answer this Bill.

(b). The Complainant, wherefore prays for that summon be issued against the Defendants', they appear and answer this Bill fully under/ by Oath, verification and with legal evidence.

5.

V

## Prayer For relief

(A). The Complainat, PRAYS that, the Defendants be required to specifically perform as " CONSENTED and AGREED " to  all the CONSENT and AGREEMENT as set before this Court as " VERIFIED RECORDS " Please see; Exhibits- A through D atached hereto and fully incorporated herein to include,

(1).  ORDER  to pay the Complainant $ 54 Million ( 54,000,000.00) immediately as Complainat's damages with 1/2 (half) of the pay check earnings and business earnings of the Defendants, until their life time, which is Of Course alreday CONSENTED and AGREED by the Defendants; and,

(2).  Order to stop the Defendants to conatct the customers, followers & or clients of the Complainant, either by  Defendants and or by their Privies to continue their false propaganda about the Complainant to harm & injure the reputation of the Complain -ant and his Religious organizations.

VI

## PRAYER FOR SPECIAL RELIEF

The Complainant PRAYS the Chancellor for any other relief, that the Court deems appropriate to do ' complete justice for the Complainant.

VII

Annamalai Annamalai
Marion U.S Penitentiary
Marion, Illinois-62959

## VERIFICATION

Illinois State    )
Williamson County)

I, Annamalai Annamalai, makes solemn affirmation that the Statements in my foregoing Bill, made as of my knowledge, are true and those as on information and belief, I believe to be true. I am making this VERIFICATION under Penalty of Perjury, Pursuant to 28 U.S.C.§ 1746.

Date: 28 , May, 2016.

Annamalai Annamalai
Complainant

6.

Affirmed and Subscribed before me; _____

Kurt F.Johnosn

C/O Marion U.S.Penitentiary

P.O.Box-1000

Marion, Illinois-62959

Affirmed and Subscribed before me; _____

James Timothy Turner

C/O Marion U.S.Penitentiary

P.O.Box-1000

Marion, Illinois-62959

Affirmed and Subscribed before me; _____

Jeffry Lucas

C70 Marion U.S.Penitentiary

P.O.Box-1000

Marion, Illinois-62959

VIII
ATTESTATION

Illinois State    )
Williamson County )

Personally appeared before us Kurt F.Johnson, James Timothy
Turner, Jeffrey Lucas, Private Americans, at said County and State,
Annamalai Annamalai, who personally known to us deposed and says that
the fcats set forth before the Court in the forgoing Bill styled as
"BILL IN EQUITY  VERIFIED COMPLAINT FOR SPECIFIC PERFORMANCE &
"UNOPPOSED" MOTION FOR INTERLOCUTORY INJUNCTION", so  far as stated
upon his knowledge, are true and so far as stated upon information and
belief, he believes to be true under Penalty of Perjury and did before
us subscribe and solemnly affirm this 28 , MAY . 2016.

Annamalai Annamalai

Subscribed and Solemnly affirmed before me this 28 , May , 2016.

_____

Kurt F.Johnson

U.S.Penitentiary, IL-62959

Subscribed and Solemnly affirmed before me this 28 , May , 2016.

James Timothy Turner

U.S.Penitentiary, IL-62959

Subscribed and Solemnly affirmed before me this, 28 , May , 2016.

7.

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

---------------------------------------------------------------------------------------------

SUBJECT: Private International Remedy Demand

Annamalai Annamalai
C/O U.S. Penitentiary
4500 Prison Road
Marion, Illinois 62959

Ref: 2016-SSS-004-1010/NJ

Date: 04/12/2016

NOTICE

PRIVATE INTERNATIONAL REMEDY DEMAND

NOTICE TO AGENT IS NOTICE TO PRINCIPAL<br>
NOTICE TO PRINCIPAL IS NOTICE TO AGENT<br>
( Applicable to all Successors and Assigns)

To:

Packyalekshmi Pillai, also known as Thilaka pillai
23, Sherwood lane, Columbus, New Jersey-08022

Velu Pillai,
3, Sherwood lane, Columbus New Jersey-08022

Vanaja Sekar
636 Denver Blvd, Edison, New Jersey-08820

Manisha Jasty , also known as Manisha Jasti
2622, Edward Stec Blvd, Edison, New Jersey-08877

Vasundhara Krishnamohan
59, Royal Drive, Apt #214, Piscataway, New Jersey-08854,

Kalavathi Baskaran
2498, North Ashwood Street, Orange, California-92865

Hema Mehta
54, Fieldstone Court, Frederick, MD-21702

Sonali Kraft
C/O  Manisha Jasty , 2622, Edward Stec Blvd ,
Edison, New Jersey-08877

Kefin Kraft also known as Kevin craft
C/O Manisha Jasty 2622, Edward Stec Blvd,
Edison New Jersey-08877

INTRODUCTION          EXHIBIT  - A

Comes Now, I, a private person, an unenfranchsied natural person, and a non resident to the UNITED STATES OF AMERICA, also known As Swamiji Sri Selvam Siddhar , also known as , Annamalai Annamalai, and also known as Dr. Commander Selvam , hereinafter "Petitioner", to give NOTICE and DEMAND to the parties as referred above who are  Packyalekshmi Pillai, Velu Pillai, Vanaja sekar, Manisha jasty, Vasundhara Krishnamohan, Kalavathi Baskaran, Kevin kraft, Sonali kraft and

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

-----------------------------------------------------------------------------------------------------

Hema Mehta,- hereinafter referred as "Respondents"  to answer every allegation under OATH and SHALL resolve it within ten (10) days from the NOTICE of this BILL.

### ABOUT THE PETITIONER

The Petitioner is a Hindu high priest( Swamiji/ Guru Maharaj)with several millions of  followers/customers. He was approved by the United States Government as a Hindu High priest, to work and live in the UNITED STATES. Presently and always the Petitioner is the "ONLY" Atharva Vedic Swamiji cum " Siddhar"  in the UNITED STATES. Atharva  Veda refers about the Fourth branch of Hindu religious science.

### ALLEGATIONS

1. Respondents are all of matured adults, with sound mind ( not lunatics), educated and HINDU by birth  and primarily practicing Hindu religion all their life as their faith. The Respondents are the former- disgraceful spiritual followers of the Petitioner.

2. Respondents and Petitioner, mutually assented, consented and agreed  through their Oral contracts , for several series of Atharva Vedic rituals , Poojas, havan, Homom  and also by Petitioner supplying of several Atharva Vedic Spiritual merchandise which are not limited to NAADI( Ancient Holy palm scripts used in  Atharva Vedic  Rituals/prayers  ) by the petitioner for a "cost"(not free).The Oral contract between parties were certain and which were definite proposal and left no essential terms open. Due to the breach of implied duty imposed by oral contract , the Petitioner lost in Millions of dollors, although, Petitioner performed/honored his part of the oral contract terms.

3. As per Hindu religious faith, Swamiji/Guru comes in to 'third hierarchy' in the Hindu faith followers life, after mother and father. the Holy Gods taken the 4th level of hierarchy.

4. A Swamiji - spiritual followers relationship, is a very "HOLY- SPECIAL" Relationship as per the Hindu- Atharva veda.The Respondents intentionally abused the "Special relationship  with the petitioner and taken advantage of an innocent swmaiji- Petitioner for the illegal and immoral material gains of the Respondents.

5. The Respondents intentionally have made material  misrepresentations of the past facts to the Petitioner to deceive the petitioner. The Respondents, when they have made false representations to the Petitioner, they knew very well, about the false material misrepresentations. By misstating the facts to the petitioner, the Respondents  caused to injure and harm the petitioner.

6. The various fraud committed by the respondents were willful and wanton misconduct.

7. Respondents unjustly enriched by their intentional malice, and through their intentional criminal acts, injured the petitioner materially. The retention of benefits conferred to the Respondents without paying was really "UNJUST".

8. The Respondents by themselves or through their privies, agents and or through their family members filed materially false, corrupt, and misleading information to the U.S. Government agencies and to its officers with  malice intent to harm the petitioner.

9. The Respondents are a combination of persons with a real agreement with a common design , joined together for an unlawful means and have caused damages to the Petitioner.

10. The Respondents willfully committed malicious acts of interference with the contractual relationship and prospective economic advantage of the petitioner with his spiritual followers/ customers.

11. The co-conspirators of the petitioner's , who are not limited to Valmikinathan Raghunathan, Gopakumar Venugoplan, Chandramohan Loganathan, aided and abetted for the intentional fraud of the Respondents , to harm and injure the petitioner and his trade and business. The co- conspirators and the Respondents have collectively caused to steal, and or misappropriate $700 million plus worth various TRADE SECRETS belonging to the Petitioner.

12. The respondents caused intentional infliction of emotional distress of the Petitioner, which has caused the "DEATH OF PETITIONER'S BROTHER" in the UNITED STATES, and the Respondents have caused several irreparable harm to the petitioner which are not limited to the various health ailments caused to the petitioner by the Respondents.

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

--------------------------------------------------------------------------------------------------

13. The various malice acts intentionally committed by the Respondents towards the petitioner was VERY SEVERE AND CAUSED WITH RECKLESS DISREGARD OF THE CONSEQUENCES.

14. As a direct and proximate cause of the wrongful acts of the Respondent, the Petitioner suffered extreme indignities and humiliation, severe emotional distress even led to suicidal death of the petitioner, loss of liberty, loss of standing in the community and has been held up to ridicule before his peers and has lost his statutory rights to an education free and clear of above deprivation.

15. Respondents have committed willful criminal acts of Theft by taking , wire fraud, mail fraud, extortion, obstruction of justice, and Bank Fraud in furtherance of conspiracy to maliciously prosecute the petitioner through their conscious shocking, perjured and false testimony , by calling the Respondents as the "victims of bank fraud", although the Bank fraud statue was NOT ENACTED BY THE CONGRESS TO "PROTECT" THE SO CALLED INDIVIDUAL VICTIMS.

16. Respondents had/have a illegal functional connection with an IRS Special agent known as JACQUELINE H. REYNOLDS and all conspired and worked together with an "understanding" , to shut the religious practices and the Temple organizations to which the petitioner connected in the UNITED STATES and in INDIA.

17. The Respondents have violated and or caused to Violate the 1st, 4th, and 5th Amendment Constitutional rights of the Petitioner.

18. Respondents engaged in fraudulent scheme thereby, they have placed and passed several continuing misrepresentations and have presented several false facts to the Financial institutions insured by " FDIC" with the goal to maliciously prosecute the Petitioner on a so called Bank Fraud with their false testimony & statements.

19. None of the Respondents are even qualified as " Bank Fraud" victims even to start with. The Respondents are not falling in to the meaning of bank fraud victims as stipulated or enacted in the Bank fraud statue 18 U.S.C. 1344.They have maliciously cooperated with the U.S. Federal Agent Jacqueline. H.Reyonlds and "supported her to falsely and maliciously indict prosecute, and convict the Petitioner on the alleged bank fraud charges .

20. An UNITED STATES federal agent known as STEVEN LANGAMANDEL, under oath has testified at the criminal trial that, he has spoken to all the Respondents, and after his investigation,it revealed that, the Respondents had/ have kind of " DISAGREEMENTS " with the Petitioner, and there was "NO EVIDENCE OF FRAUD" committed by the Petitioner at all by/in any means.

21. This Bill is a "Good faith" attempt of the Petitioner, and he is approaching the Respondents' with utmost conscience, further, with utmost Clean hands and Pure hearts to settle the issues in an amicable manner.

## TIME IS OF THE ESSENCE

The Respondents have a legal/lawful duty to respond and rebut all the allegations on AFFIDAVIT, UNDER PENALTY OF PERJURY, point by point and include "legal evidence and documentation DISPROVING THE ALLEGATIONS OF THE PETITIONER. Failure to respond as indicated herein will be "CONSENT" and AGREEMENT" that the Respondents agreed to pay $ 54 million, plus 1/2 of their pay check,& business income to petitioner until their life time , to be jointly and severally responsible and liable. Further failure as stated above will be a CONSENT and AGREEMENT for a formal resolution for specific performance in EQUITY.

## TIME IS OF THE ESSENCE

Fault and or default to present the answers, responses on affidavit as stated above with ten ( 10 ) days by the respondents from the date of this BILL, constitutes AGREEMENT , willful consent , and stipulations as to all the facts as alleged and in the entire BILL

## FINAL EXPRESSION OF AGREEMENT IN A RECORD

The Petitioner solemn makes that, the statements in his foregoing BILL, made as of his knowledge are true, and those made as on information and belief, he believes to be true.

Verified at ___/·L-___April, 2016.

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

----------------------------------------------------------------------------------------

Annamalai Annamalai

Affirmed and Subscribed before me;
Jeffrey Lucas
[ C/O Marion U.S.Penitentiary
4500, Prison Road
Marion, Illinois-62959]

Affirmed and Subscribed before;
Kurt P.Johnson
[ C/O U.S.Penitentiary
4500, prison Road
Marion, Illinois-62959]

Affirmed and Subscribed before me;
James Timothy Turner
[ C/O Marion U.S.penitentiary
4500, Prison road
Marion, Illinois 62959]

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

--------------------------------------------------------------------------------

ATTESTATION

Illinois state          }
Williamson county    }

Personally appeared before us, Kurt F. Johnson, James Timothy Turner, Jeffrey Lucas, private Americans, at said county and state, Annamalai Annamalai , who personally known to us deposes and says that the facts set forth in the foregoing document (s), "NOTICE, PRIVATE INTERNATIONAL REMEDY DEMAND ", so far as stated upon his knowledge , are true and so far as stated upon information and belief, he believes them to be true under penalty of perjury and did before us subscribe and solemnly affirm this ⎯12⎯ day of April, 2016.

_____
Annamalai Annamalai

Subscribed and solemnly affirmed before me this ⎯12⎯ April, 2016

_____
Kurt F. Johnson
[ C/O Marion United States Penitentiary
4500 Prison Road, Illinois 62959]

Subscribed and solemnly affirmed before me this ⎯12⎯ April, 2016

_____
James Timothy Turner
[C/O Marion United States Penitentiary
4500 Prison Road, Illinois-62959]'

Subscribed and Solemnly affirmed before me this ⎯12⎯ April, 2016.

_____
Jeffrey Lucas
[ C/O  Marion United States Penitentiary
4500, prison Road, Illinois-62959]

Certificate of Service

I, Annamalai Annamalai, hereby certify that, I  hand delivered the   "BILL"  styled as "Private international Remedy Demand " to "CMU"- Marion staff(s) to be placed in the USPS mail, to get mailed to all the  Respondents referred in the "BILL", postage prepaid. Its of the understanding of Annamalai, that, the  entire "BILL" will be scanned and a soft copy is maintained by the Marion U. S. Penitentiary staff(s). ⎯5⎯ total pages mailed to the Respondents.

⎯12⎯, April, 2016
Annamalai Annamalai

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

------------------------------------------------------------------------------------------------------

Annamalai Annamalai
[C/O  Marion United States Penitentiary
P.O.Box 1000,  4500 Prison Road
Marion, Illinois-62959]
Petitioner's Reference No. SSS-2016- BF- Good - 2

Date: 04/26/2016


### NOTICE OF FAULT- OPPORTUNITY TO CURE

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE E TO AGENT
( Applicable to all successors and Assigns )

To:

Packyalekshmi Pillai also known as Thilaka Pillai & Velu Pillai
23 Sherwood  Lane,  Columbus,  New Jersey- 08022

Vanaja Sekar
636 Denver Blvd, Edison, New Jersey-08820

Manisha Jasty, also known as Manisha Jasti ;  Sonali Kraft  & Kevin Kraft
2622, Edward Stec Blvd, Edison, New Jersey - 08877

Vasundhara Krishnamohan
59, Royal Drive, Apt # 214, Piscataway, New Jersey-08854

Kalavathi Baskaran
2498, North Ashwood Street, Orange, California-92865

Hema Mehta
54, Fieldstone Court, Frederick, MD-21702


   Comes now , I, a private Person, a private Asian, an unenfranchsied 'natural' person , also known as Annamalai Annamalai, hereinafter," petitioner", to give  " NOTICE OF FAULT - OPPORTUNITY TO CURE " - to  Packyalekshmi Pillai,Velu Pillai, Vanaja Sekar, Manisha Jasty, Kevin Kraft, Sonali Kraft, Vasundhara Krishnamohan, Kalavathi Baskaran and Hema Mehta, hereinafter collectively known as " Respondents" , including but 'not' limited to any and all parties/person/ agency/ entities  directly or indirectly connected to or involved with the  Respondents , who is/are also referred as " Respondents".

  whereas, the Respondents received the " Notice, Private international Remedy Demand  ( hereinafter "First Notice"), which was mailed to them on 04/12/2016 and, whereas, the Respondents have not presented legal evidence to rebut in writing to Petitioner's "First notice" as of 04/25/2016, and, whereas,  the  Respondents fault to respond in writing may be an oversight, mistake, or inadvertence. Hence, the petitioner, gives this  "NOTICE OF FAULT- OPPORTUNITY TO CURE" to the Respondents, an additional ten (10) days to respond to the petitioner's  "First Notice", so as not to prejudice, Petitioner's rights and violate the respondent's duties to the "First Notice'.

            " TIME IS OF THE ESSENCE "

EXHIBIT-B

The  " NOTICE OF FAULT - OPPORTUNITY TO CURE " is a further attempt and 'Good faith' approach of the Petitioner,

TRULINCS  56820379 - ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

--------------------------------------------------------------------------------------------------------

in 'Good Conscience', with utmost 'Clean Hands and Pure Hearts' to amicably settle the issues  with the Respondents. " Time is the essence of this Bill ".  Respondents' are given with  additional ten ( 10 ) days from the date of this  "NOTICE OF FAULT - OPPORTUNITY TO CURE" in writing  and cure dishonor seasonably,  Shall constitute  ' willful consent ', ' Agreement ', and ' stipulations ' to all facts , demands, assertions, contentions,  and Allegations  in the "First Notice" and also in ' this ' "NOTICE OF FAULT- OPPORTUNITY TO CURE".  The  "copy" of the " First Notice " is attached hereto and fully incorporated herein. See: the ' copy ' of the "First Notice -" Exhibit-A".

   The failure to cure seasonably the "fault" within 10 days from the date of this "notice"/ Bill is and will be an "Agreement" and " Consent" of the parties ( Petitioner & Respondents) that, any ' controversy ' regarding the subject matter of the 'first Notice"/ Bill and this Notice/ Bill,  will rest  " only  " in the United States District Courts, and  " except" any and all kinds of Courts in the State of Georgia.

" TIME IS OF THE ESSENCE  "

    The failure to seasonably cure the " FAULT  "  and answer the "First Notice" is/will be a " willful Consent " and           " Agreement " between the Petitioner and the Respondents  that, the Petitioner is entitled to all the requested, stipulated demands, and  the Respondents have,  'Agreed willfully' and ' consented ' to all the facts, assertions, contentions  and demands as stated in the "First Notice" and also in this "NOTICE OF FAULT -OPPORTUNITY TO CURE". The failure to seasonably cure the "Fault" within 10 days from the date of "this" Notice/ bill  by Respondents' is and will be a  " willful Consent " and " Agreement " that, the Respondents' have ' waived ' any and all defense to the facts, assertions, stipulations, contentions, demands and to any omissions to, and as stated in the "First Notice" and also in this NOTICE OF FAULT-OPPORTUNITY TO CURE".

    The failure to cure the ' Fault ' will  be  Default and  " Consent & Agreement "  between the petitioner and the Respondents' that, they have waived all their rights to ' object ' in any means to a " Specific performance " Suit in Equity " in the United States District court / s . If the ' controversy'  is not settled between the Petitioner and the Respondents, then,  the Controversy needs to be settled ' ONLY '  in  " Equity ", and, in the " District Court "  of New Jersey ' or ' California, ' or ' Illinois 'or ' at Maryland.

    Further, the failure to cure the ' Fault '  will also be a  willful  " Consent "  and " Agreement "  between the Petitioner and the Respondents'  that, the Respondents' shall co operate and ' facilitate '  the Petitioner by all means to allow the Petitioner to get an award in Equity ( "Except " in any kinds of Courts in the State of Georgia) as per the demands of the Petitioner,  as stated in the " First Notice" and  also as per  this Notice/ Bill.

FINAL EXPRESSION OF AGREEMENT IN A RECORD

    The Petitioner, solemn makes that, the statements in his foregoing 'Bill'/instrument, made as of his own knowledge are true, and those made as on information and belief , he believes to be true.

     Verified at  26,  April, 2016.

Annamalai Annamalai

Affirmed and subscribed before me;
                                       Jeffrey Ludas
                                       [ C/O Marion U. S. Penitentiary
                                       4500 Prison Road,
                                       Marion, Illinois-62959]

X
x

Affirmed and subscribed before me;
                                       Kurt F. Johnson
                                       [C/O Marion U. S. Penitentiary
                                       4500 Prison Road
                                       Marion, Illinois-62959]

TRULINCS  56820379 - ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

----------------------------------------------------------------------------------

Affirmed and Subscribed before me: *James Timothy Turner*
James Timothy Turner
[C/O Marion U. S. Penitentiary
4500 Prison Road
Marion, Illinois-62959 ]

Affidavit of the Petitioner Annamalai Annamalai

State of Illinois
Williamson county

I, Annamalai Annamalai, a natural person, hereby under penalty of perjury declares as follows:

All the facts, assertions, contentions, demands and allegations as stated in my "First notice" and in this " NOTICE OF FAULT- OPPORTUNITY TO CURE " are true to the best of my knowledge and beliefs.

Declared under penalty of perjury Pursuant to 28 U.S.C 1746.

Annamalai Annamalai
04/26 /2016

CERTIFICATE OF SERVICE

I, Annamalai, Annamalai hereby certify that, service of this NOTICE OF FAULT-OPPORTUNITY TO CURE,( 3 pages), has been made this 26, day of April, 2016, via hand delivery to staff members at ' I unit ', Marion United States Penitentiary, 4500 prison Road, Marion, Illinois-62959, for placement in the United states post office. Its of understanding of the petitioner that, this Bill will be scanned and a scanned copy of this Bill maintained by the "CMU' staff member, with the date of the service of this Bill, " before" its get mailed to the Respondents by the staff member/s of the I Unit( CMU) at the Marion U.S. Penitentiary.

Annamalai Annamalai
Petitioner

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

-------------------------------------------------------------------------------------------------

TO:
SUBJECT: ATTESTATION

x

ATTESTATION

Illinois state          }
Williamson county    }

Personally appeared before us, Kurt F. Johnson, James Timothy Turner, Jeffrey Lucas, private Americans, at said county and state, Annamalai Annamalai , who personally known to us deposes and says that the facts set forth in the foregoing document (s), "NOTICE OF FAULT-OPPORTUNITY TO CURE ", so far as stated upon his knowledge , are true and so far as stated upon information and belief, he believes them to be true under penalty of perjury and did before us subscribe and solemnly affirm this 26 day of April, 2016.

_____
Annamalai Annamalai

Subscribed and solemnly affirmed before me this 26, April, 2016

_____
Kurt F. Johnson
[ C/O Marion United States Penitentiary
4500 Prison Road, Illinois 62959]

Subscribed and solemnly affirmed before me this 26, April, 2016

_____
James Timothy Turner
[C/O Marion United States Penitentiary
4500 Prison Road, Illinois-62959]'

]

Subscribed and Solemnly affirmed before me this 26, April, 2016.

_____
Jeffrey Lucas
[ C/O Marion United States Penitentiary
4500, prison Road, Illinois-62959]

Certificate of Service

I, Annamalai Annamalai, hereby certify that, I hand delivered the "BILL" styled as " NOTICE OF FAULT -OPPORTUNITY TO CURE " to "CMU"- Marion staff(s) to be placed in the USPS mail, to get mailed to all the Respondents referred in the "BILL", postage prepaid. Its of the understanding of Annamalai, that, the entire "BILL" will be scanned and a soft copy is maintained by the Marion U. S. Penitentiary staff(s).  4  total pages mailed to the Respondents.

26 , April, 2016
Annamalai Annamalai

_____

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

--------------------------------------------------------------------------------------------------------

Annamalai Annamalai
# 56820- 379
P. O. Box - 1000 ; Marion, Illinois- 62959

NOTICE OF DEFAULT - CONSENT TO DECREE

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT
[Applicable to all Successors and Assigns ]

05/09/2016

To:

Packyalekshmi Pillai , also known as Thilaka pillai, Velu Pillai
23, Sherwood lane Columbus, New Jersey - 08022

Vanaja Sekar ; 636 Denver Blvd Edison, New Jersey - 08877

Manisha Jasty also known as Manisha Jasti; Sonali Kraft; Kevin Kraft
2622 Edward Stec Blvd, Edison, New Jersey - 08877

Vasundhara Krishnamohan ; 59, Royal Drive Apt # 214  Piscataway  New Jersey - 08854

Kalavathi Baskaran ;  2498 North Ash wood Street  Orange  California - 92865

Hema Mehta ; 54  Fieldstone Court  Frederick  Maryland  21702

From all of which the ' Petititioner/ Complainant ', a private Asian, a natural person, an unenfranchised person and the Citizen of India, also known as Annamalai Annamalai, - and  Respondents' - Packyalekshmi Pillai, Vanaja Sekar, Manisha Jasty, Sonali Kraft, Kevin Kraft, Vasundhara Krishnamohan, Kalavathi Baskaran, and Hema Mehta, - hereinafter, collectively known as "Respondents", including  but not limited to any and all parties , entities, agencies , business, directly or indirectly connected to the Respondents', who are also  referred as  Respondents, have CONSENTED and AGREED  that it be ORDERED , ADJUDGED and DECREED that, the  ' Petitioner ' is entitled to relief specifically set out in his NOTICE, " Private Administrative process " , [ NOTICE, PRIVATE INTERNATIONAL REMEDY DEMAND ;  NOTICE OF FAULT - OPPORTUNITY TO CURE ), and that CONSENT and AGREEMENT set out on the Private administrative process, be " specifically performed " by the Respondents' immediately.

The Respondents' and the Petitioner have  " CONSENTED and AGREED "  that it be further ordered that,

1. The Respondents' , immediately  shall pay  damage amount of $ 54 ,000,000.00 Million ( Fifty four Million  United States Dollars ) plus 1/2 of the Respondents' pay check and or & business income to the Petitioner until their life time to be jointly and severally be responsible and liable ; and

2. The Respondents' and the Petitioner have CONSENTED and AGREED, for a formal Resolution  in Equity concerning any controversy regarding this subject matter ; and

3. The Respondents' have CONSENTED and AGREED  " willfully "  to all the facts/allegations as stated by the Petitioner and also " willfully "  CONSENTED , AGREED and STIPULATED to all the facts/ allegations  in the " NOTICE, PRIVATE INTERNATIONAL REMEDY DEMAND " & NOTICE OF FAULT - OPPORTUNITY TO CURE ; and  Exhibit − C

4. The Respondents' have CONSENTED and AGREED  that , they are  " jointly and severally liable " for the CONSENTED and AGREED damage amount of $ 54,000,000.00 Million,( United States dollors Fifty four Million ) plus to continuously remit /

TRULINCS  56820379 - ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

--------------------------------------------------------------------------------------------------------------------

pay the Petitioner with 1/2 of the Respondents' income which is coming either by pay check/s and or from, any and all of Respondents' business income/s up to their life time to the Petitioner; and

5. The Respondents' have CONSENTED and AGREED that, the Respondents' have " WAIVED "  any and all defense to the facts, assertions, stipulations, contentions, Demands, as stated in the NOTICE, PRIVATE INTERNATIONAL REMEDY DEMAND and NOTICE OF FAULT- OPPORTUNITY TO CURE.

6. The Respondents' and Petitioner have CONSENTED and AGREED that, the failure to cure the Dishonor in writing to  rebut the factual Allegations, shall constitute  " willful CONSENT ", AGREEMENT, and Stipulations to all facts, demands, assertions, facts and allegations in the  " NOTICE, INTERNATIONAL PRIVATE REMEDY DEMAND, " and also in " NOTICE OF FAULT - OPPORTUNITY TO CURE ; and

7. The Respondents' have CONSENTED  and AGREED that, the opportunity given by the Petitioner as styled as "Notice of Fault - Opportunity to cure " was a Good faith attempt, in good conscience, with utmost clean hands and with pure hearts by the Petitioner, to amicably settle the live controversy  with the Respondents' ; and

8. The Respondents' and the petitioner have CONSENTED and AGREED that, TIME IS THE ESSENCE OF THE BILL. The petitioner and the Respondents' have CONSENTED and AGREED that, it be further ordered and Decreed that  a SUIT in Equity to compel specific performance as appropriate to enforce the "AGREEMENT " between the Petitioner and the Respondents for its breach; and

9. The Petitioner and the Respondents' have CONSENTED and AGREED that, any controversy about this subject matter will rest " only " at the Jurisdiction of United States District Court/s in New Jersey , or California or Illinois and or at Maryland; and

IT OS IS SO ORDERED AND DECREED

9, May, 2016

Annamalai Annamalai
Petitioner

FINAL EXPRESSION OF AGREEMENT IN A RECORD

The Petitioner solemn makes that, the statements in his foregoing Bill, made as of his knowledge are true, and those made as on information and belief, he believes to be true.

Verified at 9, May,  2016.

Annamalai Annamalai
Petitioner

Affirmed and Subscribed before me;
Kurt F. Johnson
[ C/O U.S. Penitentiary
P.O. Box 1000, Marion, Illinois 62959 ]

Affirmed and Subscribed before me;
Jeffrey Lucas
[ C/O U. S. Penitentiary
P.O. Box 1000, Marion, Illinois 62959 ]

Affirmed and Subscribed before me;
James Timothy Turner
C/O U.S. Penitentiary
P.O. Box 1000, Marion, Illinois 62959 ]

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

--------------------------------------------------------------------------------

ATTESTATION

Illinois state        }
Williamson county    }

Personally appeared before us, Kurt F. Johnson, James Timothy Turner, Jeffrey Lucas, private Americans, at said county and state, Annamalai Annamalai , who personally known to us deposes and says that the facts set forth in the foregoing document (s), " NOTICE OF DEFAULT - CONSENT TO DECREE ", so far as stated upon his knowledge , are true and so far as stated upon information and belief, he believes them to be true under penalty of perjury and did before us subscribe and solemnly affirm this _9_, May, 2016.

Annamalai Annamalai

Subscribed and solemnly affirmed before me this _9_ May,  2016

Kurt F. Johnson
[ C/O Marion United States Penitentiary
4500 Prison Road, Illinois 62959 ]

Subscribed and solemnly affirmed before me this _9_,May,  2016

James Timothy Turner
[C/O Marion United States Penitentiary
4500 Prison Road, Illinois-62959 ]

Subscribed and Solemnly affirmed before me this _9_ May,  2016.

Jeffrey Lucas
[ C/O Marion United States Penitentiary
4500, prison Road, Illinois-62959 ]

Certificate of Service

I, Annamalai Annamalai, hereby certify that, service of this " NOTICE ", has been made this _9_, day of _May_/2016, via hand delivery to staff members at I Unit, Marion United states Penitentiary, 4500 Prison Road, Marion, Illinois - 62959 for placement in the United States Post Office. Its of understanding of Annamalai that, this NOTICE will be scanned and a scanned copy of this BILL maintained by the staff member of the I Unit, with when and to whom the NOTICE was mailed.

Annamalai Annamalai

TRULINCS  56820379 - ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

--------------------------------------------------------------------------------------------------

Annamalai Annamalai
# 56820 - 379
C/O U. S. Penitentiary, P.O.Box - 1000
Marion, Illinois- 62959

05/10/2016

By USPS FIRST CLASS MAIL

### NOTICE

#### DEMAND FOR PAYMENT & DEMAND FOR SPECIFIC PERFORMANCE

&

#### NOTICE OF INTERLOCUTORY INJUNCTION

Notice to Agent is Notice To principal
Notice to Principal is Notice to Agent
[ Applicable to all Successors & Assigns ]

Packyalekshmi Pillai also known as Thilaka Pillai , Velu Pillai
23 Sherwood  Lane  Columbus  New jersey 08022

Vanaja Sekar
636 Denver Blvd  Edison  New Jersey 08820

Manisha Jasty also known as Manisha Jasti; Sonali Kraft: Kevin Kraft
2622 Edward Stec Blvd    Edison    New Jersey 08854

Vasundhara Krishnamohan
59 Royal  Drive Apt # 214  Piscataway  New Jersey 08854

Kalavathi Baskaran
2498 North Ash Wood Street   Orange   California 92865

Hema Mehta
54 Fieldstone Court  Frederick   Maryland  21702

      Annamalai Annamalai, [ hereinafter ' Complainant '/  ' Petitioner ' ], giving this NOTICE, DEMAND FOR PAYMENT &
DEMAND FOR SPECIFIC PERFORMANCE to  Packyalekshmi Pillai, Vanaja Sekar, Manisha Jasty, Kevin Kraft, Sonali Kraft,
Vasundhara Krishnamohan, Kalavathi Baskaran, Hema Mehta,- hereinafter collectively known as "Respondents', including but
not limited to any and all parties, entities, business, agency directly and or indirectly connected to the Respondents', who is/are
also referred as Respondents'.

      On or about  04 /12 /2016, the Respondents' have received the NOTICE, PRIVATE INTERNATIONAL REMEDY
DEMAND ( FIRST NOTICE ), on or about  04 /26 /2016, the Respondents' have received the NOTICE OF FAULT -
OPPORTUNITY TO CURE from the Complainant ( Second Notice ), and on or about 05/09/2016, the Respondents' have been
mailed with the copy of a " NOTICE OF DEFAULT- CONSENT TO DECREE " from the Complainant, hereinafter, all collectively
known as " Proffer ".

      The Complainant hereby, fully reincorporate herein, every facts, assertions, contentions, allegations, and Demands as
described/ stated in the " Proffer " and the same constitutes a valid  " Binding Contract " and also a valid Record of
" CONSENT " and  " AGREEMENT "  between the Complainant and the Respondents'.   EXHIBIT – D

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

--------------------------------------------------------------------------------------------------------

The Respondents' as per their CONSENT and AGREEMENT, they are legally and morally obligated to satisfy the " AGREEMENT " , which was mutually " CONSENTED" and " AGREED " between the complainant and the Respondents'. The Respondents' continued dishonor to perform the " Binding Contract " mutually ' Agreed ' between the Complainant and the Respondents' as evidenced by the " Proffer ", constitutes a willful BREACH OF AN AGREEMENT/ CONTRACT and the continued Breach of Respondents' concerning the " Agreement ", which has placed the Complainant in to irreparable harm and injuries now.

## TIME IS OF THE ESSENCE

The Complainant, through this NOTICE, DEMAND FOR PAYMENT and DEMAND FOR SPECIFIC PERFORMANCE, hereby gives eleven ( 11) calendar days to settle the following with the complainant promptly without fail.

1. Remit a Cashier's check on the name of Annamalai Annamalai, for the CONSENTED and AGREED damage amount to the Complainant to the tune of $54,000,000.000 ( Fifty four Million United States Dollars). Please mail the Cashier's Check by a " Certified mail " to the following address; and

Annamalai Annamalai
# 56820- 379
C/O U.S.Penitentiary
P. O. Box- 1000, Marion, Illinois - 62959

2. Direct 1/2 ( 50 %) of the Respondents' income/s coming through their paycheck/s and or business income/s, on or before 10 th day of every month, " until " the life time on this earth of the Respondents. The Respondents shall mail the monthly payments as stated herein to the following address:

Annamalai Annamalai
C/O Akasha Sivan Aalayam
Administrative Office:
Old # 48, New # 61 Sathyamoorthy Road
Ram Nagar, Coimbatore - 641009
Tamil Nadu, INDIA

## TIME IS OF THE ESSENCE

Please be advised that, any more failure and or refusal to seasonably honor the " CONSENT and "AGREEMENT " as evidenced by the " PROFFER " would create a " justiciable and live Controversy " between the complainant and the Respondents' and, further, the Complainant ' may ' seek a Court in Chancery (Court in Equity), in the United States District ( Except any Courts in Georgia )court , which is NOT limited to the District of New Jersey, for any and all appropriate relief.

This NOTICE, DEMAND FOR PAYMENT and DEMAND FOR SPECIFIC PERFORMANCE is Complainant's good faith effort, in good conscience, and with clean hands and Pure hearts, to settle a live controversy amicably without further judicial review and intervention by a Chancellor of a Chancery court.

## NOTICE OF INTERLOCUTORY INJUNCTION

The Complainant, is hereby, placing the Respondents' under " NOTICE " about Complainant's interest in filing for an Interlocutory Injunction, which the Complainant wish to or intent to file with the Chancellor / Equity court to stop the continuing irreparable harm and injury to the Complainant, because of the continued failure of the respondents' in honoring their CONSENT and AGREEMENT. The Respondents be advised that the damages alone will not be sufficient to cover up an ongoing and irreparable injury and harm to the Complainant.

Having said, the complainant is inquiring with Respondents' about, whether the Respondents' would object a Motion for an " Interlocutory Injunction", in which the Complainant is intent to file one with the Court to " FREEZE " , any and all properties, cash, money in any bank accounts in any form, which are in the name of the Respondents', and any & all properties and any & all real estates in which the Respondents' has/ have interest/ ownership of any sort or has/ have any kinds of possessory interest and or direct and or indirect control, until this live controversy settled by the Court in Chancery, which also includes any

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

-------------------------------------------------------------------------------------------------

and all kinds of appeals .

If the Complainant did not hear anything to the contrary or an objection to an interlocutory injunction, which the Complainant intent to file, within 11 calendar days from the date of this Notice, then, the Respondents' have "CONSENTED " and "AGREED" with the Complainant that, they are ' NOT ' objecting to an Interlocutory injunction, which the Complainant wish to file one with the court at the end of the 11 calendar days as stated herein.

### FINAL EXPRESSION OF AGREEMENT IN A RECORD

The Complainant, solemn makes that, the statements in his foregoing " Bill ", made as of his won knowledge are true, and are those made as on information and belief, he believes to be true.

Verified at 10, May, 2016

Annamalai Annamalai

Affirmed and subscribed before me;
Jeffrey Lucas
[ C/O Marion United States Penitentiary
4500 Prison road, Marion, Illinois -62959]

Affirmed and Subscribed before me;
Kurt F. Johnson
['C/O Marion United States Penitentiary
4500 Prison Road, Marion, Illinois -62959 ]

Affirmed and Subscribed before me;
James Timothy Turner
[ C/O Marion United States Penitentiary
4500 Prison road, Marion, Illinois- 62959 ]

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

------------------------------------------------------------------------------------------------

ATTESTATION

Illinois state      }
Williamson county   }

Personally appeared before us, Kurt F. Johnson, James Timothy Turner, Jeffrey Lucas, private Americans, at said county and
state, Annamalai Annamalai , who personally known to us deposes and says that the facts set forth in the foregoing document
(s), NOTICE - DEMAND FOR PAYMENT ;  DEMAND FOE SPECIFIC PERFORMANCE ; INTERLOCUTORY INJUNCTION so
far as stated upon his knowledge , are true and so far as stated upon information and belief, he believes them to be true under
penalty of perjury and did before us subscribe and solemnly affirm this ___10_ , May, 2016.

Annamalai Annamalai

Subscribed and solemnly affirmed before me this ____ May,  2016

Kurt F. Johnson
[ C/O Marion United States Penitentiary
4500 Prison Road, Illinois 62959 ]

Subscribed and solemnly affirmed before me this __10__ ,May, 2016

James Timothy Turner
[C/O Marion United States Penitentiary
4500 Prison Road, Illinois-62959 ]

Subscribed and Solemnly affirmed before me this _10_ , May, 2016.

Jeffrey Lucas
[ C/O Marion United States Penitentiary
4500, prison Road, Illinois-62959 ]

Certificate of Service

I, Annamalai Annamalai, hereby certify that, service of this " NOTICE ",  has been made this _10_ day of _May_, 2016, via
hand delivery to staff members at I Unit, Marion United states Penitentiary, 4500 Prison Road, Marion, Illinois - 62959 for
placement in the United States Post Office. Its of understanding of Annamalai that, this NOTICE will be scanned and a scanned
copy of this BILL maintained by the staff member of the I Unit, with when and to whom the NOTICE was mailed.

Annamalai Annamalai

U.S. Penitentiary
P.O. BOX-1000
Marion, IL-62959
Ref: SSS-04116/AP/2

REF: SSS-041116/AP/3
U.S. Penitentiary
BOX-1000
Columbus, IN
Marion, IL-62959

<>56820-379<>
Bhaskar Kalavathi
2498 N Ashwood ST
Orange, CA 92865
United States

<>56820-379<>
Rami Harshad
505 Greenview LN
Wheeling, IL 60090
United States

<>56820-379<>
Pillai Padvyalekshmi
23 Sherwood LN
Columbus, NJ 08022
United States

nalai Annamalai
J.S. Penitentiary
Box-1000
on,IL-62959

ef: SSS-041116/AP/1

<>56820-379<>
Bhaskaran Kalavathi
2498 N Ashwood ST
Orange, CA 92865
United States

<>56820-379<>
Pillai Padvyalekshmi
23 Sherwood LN
Columbus, NJ 08022
United States

<>56820-379<>
Rami Harshad
505 Greenview LN
Wheeling, IL 60090
United States

Annamalai Annamalai
U.S. Penitentiary
P.O. Box-1000
Marion,IL-62959

Ref: SSS-041116/AP/1

EXHIBIT-E



56820 - 379
U.S.Penitentiary
P.O.Box- 1000
Marion, Illinois- 62959

SSS- BRNA- NOD- DFP-INJUNCTION

56820-379
Abita Hama
154 Fieldstone CT
Fredrick, MD 21702
United States

Annamalai Annamalai
56820-379
U.S.penitentiary
P.O.Box- 1000
Marion, Illinois - 62959

Ref: SSS- VAMAJA- NOD- DFP- INJUNCTION

56820-379
Mana Yanaga
630 Dennos BLVD
Edison, NJ 08820
United States

Annamalai Annamalai
56820-379
C/O U.s.penitentiary
P.O.Box- 1000
Marion, Illinois- 62959

Ref: SSS-VIJAYAI-GOPALAKRISHNAM-050916-NOD-DFP
INJUNCTION

56820-379
Paramasiva Gopakrishnan
1338 Burdin LN
Bordon, IL 60152
United States

Annamalai Annamalai
56820 - 379
U.S.Penitentiary
P.O.Box - 1000
Marion, Illinois - 62959

Ref: SSS- MANISHA- NOD- DFP- INJUNCTION

56820-379
Jiauby Mandria
2622 Grand STEC BLVD
Edison, NJ 08837
United States

56820-379
Conway R.L Budh
2900 University PKWY
Gwinnett County Sheriff
Lawrenceville, GA 30043
United States

56820-379
Sree Sugunya
7215 Greenbriar CT
Pulaski, IL 60557-9177
United States

56820-379
Ruyundula Jacquelline II
2896 Woodrock BLVD
Room 303
Atlanta, GA 30341
United States

Mr. T.C.Brown ( Counter Terrorism Unit)
C/O U.S.Penitentiary
4500, Prison Road
Marion, Illinois-62959

Annamalai Annamalai
56820-379
U.S.Penitentiary
P.O.Box - 1000
Marion, Illinois - 62959

Annamalai Annamalai
56820-379
C/O U.s.Penitentiary
P.O.Box-1000
marion, Illinois-62959

Ref Number: VIJAYAL-SSS-NOF-IL

⇨56820-379⇨
Viginil Gopalakrishnan
1339 Brandon LN
Buxton, IL 60102
United States

⇨56820-379⇨
Chaimeda NureshKumar
5040 Brierstone DR
Alpharetta, GA 30004
United States

amalai Annamalai
20-379
.Penitentiary
.Box-1000
ion,illinois-62959

.No.SSS-NOF-ILLinois GP.

Annamalai Annamalai
56820-379
C/O U.S-penitentiary
P.O.Box - 1000
marion, illinois- 62959

Ref Number: SSS-042716-NOF-BF -ANEX

⇨56820-379⇨ Amex Travel Related
Services
200 Vesey ST
NEW YORK, NY 10285
United States

Annamalai Annamalai
56820- 379
U.S.Penitentiary
P.O.Box-1000
marion, Illinois-62959

Ref: SSS-NOF-042616-Vasundhara

⇨56820-379⇨
Krishnamoh Vasundhara
59 Royal DR
Apt 214
Piscataway, NJ 08854
United States

Annamalai Annamalai
56820-379
C/O U.S.Penitentiary
P.O.Box-1000
marion, illinois-62959

Ref No. SSS-FAIRBANK-COB-BF-NOF

⇨56820-379⇨
Fairbank Richard
1680 Capital ONE DR
Capital One Bank(Usa) MA
MC LEAN, VA 22102-3491
United States

Annamalai Annamalai
56820-379
C/O U.s-Penitentiary
P.O.box-1000
marion, Illinois- 62959

Ref Number: SSS-NOF042816-Rami

⇨56820-379⇨
Rami Harshad
505 Greenview LN
Wheeling, IL 60090
United States

⇨56820-379⇨
Puvalai Krupakaran
2308 Lillian DR
Springfield, IL 62704
United States

box-1000
on. Illinois-62959

NOF-PUVALAI-2



Annamalai Annamalai
56820-379
U.S. penitentiary
P.O. Box-1000
Marion, Illinois - 62959

⌂56820-379⌂
Internal Revenue Service
1111 Constitution AVE NW
Washington, DC 20001
United States

Annamalai Annamalai
56820-379
U.S. Penitentiary
P.O. Box-1000
Marion, Illinois - 62959

Ref: SSS-RANI-MOD-DFP-INJUNCTION-051016

⌂56820-379⌂
Acme Hospital
505 Greenvine LN
Wheeling, IL 60090
United States



Annamalai Annamalai
56820-379
U.S. Penitentiary
P.O. Box-1000
Marion, Illinois - 62959

⌂56820-379⌂
Jayme Brown
Discover Financial Servic
2500 DECK RD SE
Suite 700, RMB 16
Marietta, GA 30067
United States

Annamalai Annamalai
56820-379
U.S. Penitentiary
P.O. Box-1000
Marion, Illinois-62959

Ref: SSS-MOD-DFP-INJUNCTION-BANK-051016

⌂56820-379⌂
Service Asset Merchant
PO BOX 981532
EL PASO, TX 79998
United States





Annamalai Annamalai
56820-379
U.S. penitentiary
P.O. Box-1000
Marion, Illinois - 62959

Ref: SSS-SUGANYA-MOD-DFP-INJUNCTION-ILLINOIS-TORT

⌂56820-379⌂
Fifth Third
Palwap Steganye
4715 Greenleaf CT
Palatine, IL 60067-6777
United States



⌂56820-379⌂
Clerk Of The Court
75 TED Turner Dr SW
Atlanta, GA 30303
United States



⌂56820-379⌂
Fifth Third
2 Sherwood LN
Columbus, RU 08622
United States

Ref: SSS-THILAKA-MOD-DFP-INJUNCTION

Annamalai Annamalai
56820-379
U.S. Penitentiary
C/O U.S. penitentiary
P.O. Box-1000
Marion, Illinois - 62959

⌂56820-379⌂
Clerk Of The Court
TITLE, SENSITIVE DOCUMENT.
PLEASE MAIL ME BACK A STAMPED
COPY FOR MY RECORDS

SSS- 050016-Clerk Of The Court-
enter: IFBD-Resitution-CR/FASE

Annamalai Annamalai
56820-379
U.S. penitentiary
P.O. Box-1000
Marion, Illinois - 62959




Annamalai Annamalai
56820-379
U.S. Penitentiary
P.O. Box-1000
Marion, Illinois - 62959

Ref: SSS-FAIRBANK-MOD-DFP-INJUNCTION-050916

⌂56820-379⌂
Richard Fairbank
1680 Capital ONE DR
Capital One Bank USA, NA
MC: 12-144, 16th Floor
McLean, VA 22102-3491
United States



Annamalai Annamalai
56820-379
U.S.penitentiary
P.O.Box-1000
Marion, Illinois - 62959

SSS- 050916/ VE/RJ/DFF-MOD-FINAL

56820-379>
Kolavennu Viswanathan
59 Royal DR
Apt 214
Piscataway, NJ 08854
United States

Annamalai Annamalai
56820-379
C/O U.S.Penitentiary
P.O.Box- 1000
marion, Illinois - 62959

Ref: SSS- jsK - ROB- DFF-INJUNCTION

56820-379>
Alcovishma Reynolds
2888 Woodcock BLVD
Room 203
Atlanta, GA 30341
United States

Annamalai Annamalai
56820 - 379
P.O.Box- 1000
marion, Illinois - 62959

56820-379>
Puwalai Kogabanan
2296 Elison DR
Springfield, IL 62704
United States

Annamalai Annamalai
56820- 379
U.S.Penitentiary
P.O.Box-1000
marion, Illinois - 62959

56820-379>
Palai Saanna
2140 Howell RD
Apartment No 109
Hoffman 631 & No 168
United States

Annamalai Annamalai
56820-379
C/O U.S.Penitentiary
P.O.Box- 1000
marion, Illinois - 62959

Ref: SSS-SIREESHA-MOD-DFF-INJUNCTION

56820-379>
Reynold Sreelatha
1818 18TH ST
Bakersfield, CA 93301
United States

Annamalai Annamalai
56820-379
U.S.Penitentiary
P.O.Box-1000
Marion, Illinois- 62959

REf: CC-THRASH & CHS- RESPONSE-TWO PLEADINGS

56820-379>
Clark Of The Court
75 TED Turner GR SW
Atlanta, GA 30303
United States

Annamalai Annamalai
56820- 379
U.S.penitentiary
P.O.Box-1000
Marion, Illinois- 62959

REf: SSS-DAYTON COURT-051116

56820-379>
Clark Of The Court
41 N Perry ST
Dayton, OH 45402
United States



JLINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

----------------------------------------

OM: 56820379
CMU
BJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, MAR-I-A
TE: 04/11/2016 01:21:20 PM

Ms.Hill
ate Work Assignment: aa

spected Ms.Hill,

b: The Hand delivered mails to you at mail call ( 7 Mails in total )

day 04/11/2016, approximately at 12.11 PM, I have handed over the following mails to be mailed by USPS mail, postage spaid and one more mail to be handed over the Respected warden.

he mails Addressed to the following parties today:

BHASKARAN KALAVATHI
2498, N.Ashwood Street,
Orange, CA-92865
[ Ref No. SSS-04116/AP/2]

Pillai Packeyalaxshmi
23, Sherwood LN
Columbus, NJ-08022
[Ref. SSS-04116/AP/3]

Rani Harshad
505, Granville LN
Wheeling, IL-60090
[ Ref No. SSS-04116/AP/1] (5 pages)

Prathap sulanya
771 S.Greenleaf CT
Palatine, IL-60067-6777
[SSS-04226/DOP/AP/AP] (This has three set of Documents containing - 6, 8 and 3 pages)

Inouri Dr.Sireesha
1818, 18th Street
Bakersfield, CA-93301
[ SSS-04116/AP/4] (5 pages)

Loretta E.Lynch
Attorney General of United States
UNITED STATES OF AMERICA
950, Pennsylvania Ave
Washington, DC-20530
[ SSS-04116/AGDC] (5 pages)

Warden Maureen P Baird( hand delivered)
Marion United states penitentiary
4500 Prison Road,

Annamalai Annamalai
56820-379
U.S.Penitentiary
P.O.box-1000
marion, Illinois-62959

Ref SSS-041916-NOD-TS-1

<>56820-379<>
Raghunatha Valmiekanathan
5190 Forest RUN TRCE
Alpharetta, GA 30022
United States

Annamalai Annamalai
56820 379
C/O U.S.Penitentiary
P.O.Box-1000
marion,Illinois-62959

<>56820-379<>
Patel Seema
2160 Hassell RD
Apartment No.109
Hoffman EST, IL 60169
United States

ILINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

OM: 56820379
CMU
3JECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, MAR-I-A
E: 04/12/2016 02:11:13 PM

Ms. Hill
ate Work Assignment: aa

: The Hand Delivered Mails to you today at "Mail Call"

spected Ms. Hill,

day 04/12/2016, approximately at 12:21 PM, I have handed over the following mails to be mailed by USPS first class mails and
mail hand delivered for the Warden Baird also.

| ference Number | Parties Names and address | Mail type | Total number of pages |
|---|---|---|---|
| 1216-SSS-NOF-1 | R. L. Butch Conway, 2900 University Pkwy, Gwinnett county Sheriff's Department, Lawrenceville, GA-30043 | First class postage prepaid | 3 |
| 1216-SSS-NOF-2 | Jacqueline H.Reynolds, 2888, Woodcock Blvd, Room 303, Atlanta, Georgia-30341 | First class mail Postage Prepaid | 3 |
| 1216-SSS-NOF-3 | Gopakumar Venugopalan, 145, Flatridge Ct, Leesburg, Georgia-31763 | First Class Mail Postage Prepaid | 3 |
| 1216-SSS-NOF-4 | Valmikinathan Raghunathan, 5190, Forest Run Trace, Alpharetta, GA-30022 | First Class Mail Postage Prepaid | 3 |
| 1216-AP-1 | Hema Mehta, 154, Fieldstone Ct, Fredrick, MD-21702 | First Class Mail postage Prepaid | 5 |
| 1216-AP-2 | Manisha Jasti, 2622, Edward Stec Blvd | First Class Mail | 5 |

P.O. BOX-1000, MARION,IL-62959
Ref: SSS-04116/AP/DP/AP

56820-379, Postup.Sujjwya, 771 S Greenleaf CT, Palatine, IL 60067-6777 United States

Annamalai Annamalai, C/O U.S.Penitentiary, P.O.Box-1000, Marion,Il-62959
REF: SSS-04116/AP/A

56820-379, Itron Sessna, 1818 18TH ST, Bakersfield, CA 93301 United States

Annamalai Annamalai, U.S.Penitentiary, P.O.BOX-1000, Marion,Il-62959
Ref: SSS-04116/AG/SC

56820-379, Loretta E Lynch, United States Of America, 950 Pennsylvania AVE NW, Attorney General, Washington, DC 20530 United States

Annamalai Annamalai, U.S.Penitentiary, P.O.BOX-1000, Marion,Illinois-62959
Ref: SSS-04116/AG/?

UNITED STATES OF AMERICA, hand Delivered, Warden, Maureen P.Baird, and Successor(s), Marion United States Penitentiary, 4500, Prison Road, Marion, Illinois-62959

## NCS 56820379 - ANNAMALAI, ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

: 56820379
NU
ECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, MAR-I-A
: 04/17/2016 05:45:03 PM

s.Hill
a Work Assignment: aa

I April, 16, 2016

ected Ms. Hill,
The hand delivered USPS mails to you " yesterday" at the mail call

erday 04/15/2016, approximately around 12.08 PM, I have handed over the following USPS mails to be mailed via USPS
class, postage prepaid.

| erence Number | Parties Names and and Address | Total number of Pages |
|---|---|---|
| 516-SSS-1 | Sonali Kraft C/O Manisha Jasty 2622, Edward Stec Blvd Edison, New Jersey-08877 | 5 |
| 516-SSS-2 | Manoj Kumar Behera 505, Green Hollow Dr Iselin, New Jersey-08830-2926 | 5 |
| 11516-SSS-3 | Violet Rajkumar 111-53, 11th Street Ozone park, NY-11420 | 5 |
| 115-SSS-4 | Kirupakaran Puvalai 2308, Lilian drive Springfield, IL-62704 | 5 |
| 115-SSS-5 | Nareshkumar Chalimeda 5040, Brier stone Drive Alpharetta, GA-30004 | 5 |
| 115-SSS-6 | LARRY WILSON Attorney At law 3515, Preston Suite # 101 Pasadena, Texas-77505 | 4 |

END

## TRULINCS 56820379 - ANNAMALAI, ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

FROM: 56820379
TO: CMU
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, MAR-I-A
DATE: 04/12/2016 02:11:13 PM

To: Ms.Hill
Inmate Work Assignment: aa

Sub: The hand Delivered Mails to you today at "Mail Call"

Respected Ms. Hill,

Today 04/12/2016, approximately at 12.21 PM, I have handed over the following mails to mailed by USPS first class mails and a mail hand delivered for the Warden Baird also.

| Reference Number | Parties Names and address | Mail type | Total number of pages |
|---|---|---|---|
| 111216-SSS-NOF-1 | R. L. Butch Conway 2900 University Pkwy Gwinnett county Sheriff's Department Lawrenceville, GA-30043 | First class postage prepaid | 3 |
| 111216-SSS-NOF-2 | Jacqueline H.Reynolds 2888, Woodcock Blvd, Room 303 Atlanta, Georgia-30341 | First class mail Postage Prepaid | 3 |
| 111216-SSS-NOF-3 | Gopakumar Venugopalan 145, Flatridge Ct, Leesburg, Georgia-31763 | First Class Mail Postage Prepaid | 3 |
| 111216-SSS-NOF-4 | Valimkinathan Raghunathan 5190, Forest Run Trace Alpharetta, GA-30022 | First Class Mail Postage Prepaid | 3 |
| 111216-AP-1 | Hema Mehta 154, Fieldstone Ct, Fredrick, MD-21702 | First Class Mail postage Prepaid | 5 |
| 111216-AP-2 | Manisha Jasti 2622, Edward Stec Blvd Edison, NJ-08837 | First Class Mail Postage Prepaid | 5 |

Anna,alai Annamalai
C/O U.S.penitentiary
P.O.Box-1000
Marion,Il-62959

REF: SSS-04116/AP/4

REFUSED

⇔56820-379⇔
Iruvuri Dr Sreesha

NIXIE        918    SE  1        0004/16/16
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 62969730030    *2316-10725-12-41

---

NCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

56820379
JU
CT: **Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, MAR-I-A
04/25/2016 03:21:59 PM

Hill
Work Assignment: aa

'016
sted Ms. Hill,

hand delivered the following mails to be delivered to United states Postal mail at the mail call today.

| nce Number | Party addressed  to | No of pages |
|---|---|---|
| B/ Houston/DC-SUIT | Clerk of the Court<br>513, Rusk street, Room 5300<br>Houston, Texas - 77002 | 41 |
| 11216-NOF-Manisha | Manisha Jasty<br>2622 Edward Stac Blvd,<br>Edison , New Jersey - 08837 | 8 |
| NOF- VANAJA-NJ | Vanaja Sekar<br>636, Denver Blvd,<br>Edison, New Jersey - 08830 | 8 |
| 042816-NOF- PILLAI | Packyilekshmi Pillai & Velu Pillai<br>23, Sherwood lane<br>Columbus, New Jersey - 08222 | 8 |
| llinois-SUGANYA-NOF | Suganya Prathap<br>771 S. Greenleaf Ct<br>Palaine, Illinois - 60067 | 8 |
| .W. Texas-Default- | Larry Wilson<br>Attorney at law<br>Law offices of LARRY WILSON<br>Pasadena, Texas - 77507 | 4 |
| 42816-NOD-REYNOLDS -TRADE SECRETS | Jacqueline H.Reynolds<br>2888 woodcock Blvd<br>Room 303, Atlanta, GA- 30341 | 3 |
| ICT-TAXES- RE | Montgomery County Treasurer<br>451, West Third Street<br>Dayton, Ohio - 45402 | 1 |

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

FROM: 56820379
TO: CMU
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, MAR-I-A
DATE: 04/26/2016 05:39:48 PM

To: Mail
Inmate Work Assignment: aa

04/26/2016

Dear Sir/ Madam

I have hand delivered the following mail to the Unit team today to be deposited with United States Postal service.

| Reference Number | Party addressed To | No of pages |
|---|---|---|
| SSS - SHERIFF - 042616 - 3 | OFFICE OF THE SHERIFF HARRIS COUNTY SHERIFF'S OFFICE 1200 BAKER STREET HOUSTON, TEXAS - 77002 | 5 |
| SSS - NOF - 042616 - VASUNDHARA | VASUNDHARA KRISHNA MOHAN 59 ROYAL DRIVE APT. 214 PISCATAWAY, NJ - 08854 | 8 |
| SSS- IRS - NOF - BF - 2 | INTERNAL REVENUE SERVICE 1111, CONSTITUTIONAL AVE WASHINGTON, DC - 20001 | 10 |
| SSS- NOF- PUVALAI- 2 | KIRUPAKARAN PUVALAI 2308 LILLIAN DRIVE SPRINGFIELD, IL- 62704 | 8 |
| SSS - NOF - BF- DFS | DISCOVER FINANCIAL SERVICES INC PO BOX 3005 NEW ALBANY, OHIO- 43054 | 8 |
| SSS - BF - BROWN- 2 | JEROME BROWN DISCOVER FINANCIAL SERVICES INC., 2900 DELK ROAD SE SUITE 700, PMB 16 MARIETTA, GEORGIA - 30067 | 8 |
| SSS- NOF - ILLINOIS- GP | NARESKUMAR CHALIMEEDA 5040, BRIER STONE DRIVE ALPHARETTA, GEORGIA - 30004 | 8 |
| SSS- NOF- BF - 3- NELMS | NELMS DAVID 2500 LAKE COOK ROAD | 8 |







---

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

---

FROM: 56820379
TO: CMU
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, MAR-I-A
DATE: 04/26/2016 05:39:48 PM

To: Mail
Inmate Work Assignment: aa

04/26/2016

Dear Sir/ Madam

I have hand delivered the following mail to the Unit team today to be deposited with United States Postal service.

| Reference Number | Party addressed To | No of pages |
|---|---|---|
| SSS - SHERIFF - 042616 - 3 | OFFICE OF THE SHERIFF<br>HARRIS COUNTY SHERIFF'S OFFICE<br>1200 BAKER STREET<br>HOUSTON, TEXAS - 77002 | 5 |
| SSS - NOF - 042616 - VASUNDHARA | VASUNDHARA KRISHNA MOHAN<br>59 ROYAL DRIVE<br>APT. 214<br>PISCATAWAY, NJ - 08854 | 8 |
| SSS- IRS - NOF - BF - 2 | INTERNAL REVENUE SERVICE<br>1111, CONSTITUTIONAL AVE<br>WASHINGTON, DC - 20001 | 10 |
| SSS- NOF- PUVALAI - 2<br>SPRINGFIELD, IL- 62704 | KIRUPAKARAN PUVALAI<br>2308 LILLIAN DRIVE | 8 |
| SSS - NOF - BF- DFS | DISCOVER FINANCIAL SERVICES INC<br>PO BOX 3005<br>NEW ALBANY, OHIO- 43054 | 8 |
| SSS - BF - BROWN- 2 | JEROME BROWN<br>DISCOVER FINANCIAL SERVICES INC.,<br>2900 DELK ROAD SE<br>SUITE 700, PMB 16<br>MARIETTA, GEORGIA - 30067 | 8 |
| SSS- NOF - ILLINOIS- GP | NARESKUMAR CHALIMEEDA<br>5040, BRIER STONE DRIVE<br>ALPHARETTA, GEORGIA - 30004 | 8 |

---

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

---

FROM: 56820379
TO: CMU
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, MAR-I-A
DATE: 04/27/2016 01:48:12 PM

To: posts
Inmate Work Assignment: aa

4/27/2016

Respected Sir/ Madam

I have hand delivered the following mails at the mail call today to be posted with the United States Postal Service.

| Reference Number | Party addressed to | No of pages |
|---|---|---|
| SSS-USAG-DEMAND-SP-042716-CM | UNITED STATES OF AMERICA<br>VIA CERTIFIED MAIL: 7015 3430 0000 7526 9400<br>Attorney-General Loretta E Lynch<br>950, Pennsylvania Ave, NW<br>Washington DC 20530 | 25 |
| SSS-WARDEN- DEMAND - SP _ 042716- HD | UNITED STATES OF AMERICA, Hand delivered<br>Warden Maureen P Baird<br>4500, Prison Road, Marion, Illinois - 62959 | 25 |
| SSS-042716-SP | Seema Patel<br>2160, Hassoll Road<br>Apt # 109<br>Hoffman Estates, Illinois - 60169 | 8 |
| SSS - 041916 0 NOD - TS- 1 | Valmiknathan Raghunathan<br>5190, Forest Run Trace<br>Alpharetta, Georgia - 30022<br>END | 9 |

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

FROM: 56820379
TO: CMU
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, MAR-I-A
DATE: 04/28/2016 12:19:21 PM

To: mail
Inmate Work Assignment: AA

04/28/2016

Dear Sir/Madam,

I have hand delivered the following mails at the mail call today to be posted with United States Postal Service.

| Reference Number | Party Addressed To | No of pages |
| --- | --- | --- |
| VIJAYAL-SSS-NOF-II | VIJAYAL GOPALKRISHNAN GOPLAKRISHNAN PARAMASIVAM 1338, BRANDDEN LANE ILLINOIS- 60103 | 8 + 8 |
| SSS-042716-NOF-BF-AMEX | AMERICAN EXPRESS TRAVEL RELATED SERVICES 200 VESSEY STREET NEW YORK, NY - 10285 | 8 |
| SSS- FAIRBANKS- COB-BF-NOF | FAIRBANKS RICHARD 1680 CAPITAL ONE DRIVE CAPITAL ONE BANK (USA) NA, MCLEAN, VIRGINIA- 22102-3491 | 8 |
| SSS- NOF- 042816-RAMI | HARSHAD RAMI 505, GREENVILLE LANE WHEELING, IL-60090 | 8 |
| MOON-SSS-042816 | JOHN MOON, SR. MOON CREDIT CORPORATION 1111, FAIRMONT PARKWAY PASADENA, TEXAS- 77504 | 8 |
| SSS-NOD-TRADE SECRETS- SUNDARAM | CHANDRAMOHAN LOGANATHAN KUMON 1480, SHILOH ROAD NW SUITE 400 KENNESAW, GA- 30144 | 4 |
| SSS-NOF-NJ-MEHTA | HEMA MEHTA 154 FIELDSTONE COURT FREDERICK, MD- 210702 | 8 |
| SSS-WARDEN-IR-042716 | WARDEN, MAUREEN P BAIRD MARION U.S. PENITENTIARY | |

---

LINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

M: 56820379
CMU
JECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, MAR-I-A
E: 04/29/2016 05:31:58 PM

USPS
ate Work Assignment: aa

/9/2016

r Sir/Madam,

following mails wee hand delivered today at the mail call for to deposit with the United States Postal service.

| erence number | Party addressed to | No of pages |
| --- | --- | --- |
| S - CONWAY - DFP - 042916 | R.L CONWAY 2900 UNIVERSITY PARKWAY GWINNETT COUNTY SHERIFF'S DEPARTMENT LAWRENCEVILLE, GEORGIA- 30043 | 4 |
| S- SUGANYA- DFP- 042916- FINAL | SUGANYA PRATHAP 771 S.GREENLEAF CT PALATINE, ILLINOIS - 60067 - 6777 | 4 |
| JS - JR - DFP - 042916 | REYNOLDS JACQUELINE H 2888, WOODCOCK BLVD # 303 ATLANTA, GEORGIA - 30341 | 4 |
| JS- PIRD- 1- 042916 | T.C.BROWN ( COUNTER TERRORISM UNIT ) C/O U.S.PENITENTIARY 4500, PRISON ROAD, MARION, IL-62959 | 4 |
| SS-UTC- DISCHARGE - IRS - 042916 | US TAX COURT 400, 2NDD STREET NW WASHINGTON , DC 20217 | 12 |
| S - SWD - IRS - DISCHARGE - 042816 | SARA W DALTON TREASURY DEPARTMENT 8701 S. GESSNER ROAD # 710 HOUSTON, TEXAS - 77004 | 12 |
| S - FBOP - WDC - IR | BUREAU OF FEDERAL PRISONS 320 FIRST STREET, NW # 554 WASHINGTON, DC 20534 | 4 |

## Right Document

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

----------------------------------------

FROM: 56820379
TO: CMU
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, MAR-I-A
DATE: 05/09/2016 03:42:09 PM

To: Mail
Inmate Work Assignment: aa

Dear Sir / Madam

Today, I, have handed delivered the following mails to be posted with UNITED STATES POSTAL SERVICE

| Reference Number | Party Addressed to | Remarks |
| --- | --- | --- |
| HEMA - NOD - DFP- INJUNCTION | Hema Mehta 154 fieldstone ct Frederick, Md- 21702 | Two documents - Notice of Default- Consent to Decree & Notice of Demand for Specific Performance- Notice of Interlocutory Injunction. |
| SSS - VANAJA - NOD - DFP - Injunction | Vanaja Sekar 636 Deorset Blvd Edison, New Jersey- 08820 | " Same as Above " |
| SSS- MANISHA- NOD- DFP - INJUNCTION | Manisha Jasty & Sonali Kraft & Kevin Kraft 2622, Edward Stec Blvd Edison, New Jersey - 08837 | " Same as Above " |
| SSS- THILAKA - NOD- DFP- INJUNCTION | Velu Pillai & Packeyalekshmi Pillai 3 Sherwood Lane Columbus, New Jersey 08022 | " Same as Above ' |
| SSS- SUGANYA- NOD- DFP- INJUNCTION- ILLINOIS- TORT | Suganya prathap 771 S. Greenleaf ct Palatine, Illinois- 60067 - 6777 | " Same as Above " |
| SSS-VIJAYAL- GOPALAKRISHNAN- 050916- NOD- DFP INJUNCTION | Gopalakrishnan paramasivam & Vijayal Gopalakrishnan 1338 Brandon lane Bartlett, Illinois- 60103 | " Same as above " |
| SSS- FAIRBABK- NOD- DFP-INJUNCTION- 051916 | Richard Fairbanks & CAPITAL ONE BANK ( USA ) NA 1680 Capital one drive McLean, Virginia - 22102 - 3491 | "Same as Above " |

## Left Document

JLINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

----------------------------------------

OM: 56820379
CMU
BJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, MAR-I-A
E: 05/11/2016 01:38:07 PM

Mail
ate Work Assignment: AA

ar sir/ Madam

lay I have hand delivered to Ms. Hill, the staff at Marion U.S.penitentiary, the following mails to be deposited with the ted States Postal Service.

| erence Number | party addressed to | Remarks |
| --- | --- | --- |
| S- 16- 0903(KM)(JBC)- 051016 vate administrative process | U.S.District Court 1 Federal Square Newark, New Jersey - 07102 | |
| S- NOD- DFP- BANK- 051016- INJUNCTION | INTERNAL REVENUE SERVICE 1111 CONSTITUTIONAL AVENUE WASHINGTON, DC 20001 | |
| -THRASH- & CMS-RESPONSE- TWO EADINGS | CLERK OF THE COURT 75 TED TURNER DRIVE ATLANTA, GEORGIA- 30303 | TWO PLEADINGS SENT |
| S- DAYTON COURT- 051116 | CLERK OF THE COURT 41 N. PERRY STREET DAYTON, OHIO-45402 | |
| S- SIREESHA- NOD- DFP- INJUNCTION | DR SREESHA IRUVURI 1818 18TH STREET BAKERSFIELD, CALIFORNIA- 93301 | |

END

United States
Piscataway, NJ 08854
Apt. 214
38 Royal Oak
Rockraham Vasundhara
⚬56820-379⚬

Ref: SSS-NOF-04261G-Vasundhara

Marion, Illinois-62959
P.O.Box-1000
U.S.Penitentiary
56820-379
Annamalai Annamalai
⚬56820-379⚬

United States
Houston, TX 77002
1200 Baker ST
County Sheriff Office
Office Harris Sheriff
⚬56820-379⚬

Ref: SSS-SHERIFF-04261G-3

Marion, Illinois - 62959
56820-379
P.O.Box- 1000
U.S.Penitentiary
56820-379
Annamalai Annamalai

Annamalai Annamalai
56820-379
C/O U.S.Penitentiary
P.O.Box - 1000
Marion, Illinois - 62959

SSS-IRS-NOF-RF-2

⚬56820-379⚬
Service Internal Revenu
1111 Constitution AVE NW
Washington, DC 20001
United States

⚬56820-379⚬
Moor June St
1111 Avenue PKWY
MOON Credit Corporation
Pasadena, TX 77004
United States

⚬56820-379⚬
1 Federal SQ
District Court
P.O.
Frank R. Lautenberg U.S.
Newark, NJ 07102
United States

⚬56820-379⚬
Chandramoli Logunathan
Charles
Kumar Shiloh HID NW
Suite 400
1493
Kennesaw, GA 30144
United States

Annamalai Annamalai
56820-379
U.S.Penitentiary
P.O.Box-1000
Marion, Illinois - 62959

Ref: SSS-NON-TRADE SECRETS-SUNGRAM

Annamalai Annamalai
56820-379
U.S.Penitentiary
P.O.Box-1000
Marion, Illinois - 62959

Number: SSS-NOF-NJ-Mehta

annamalai Annamalai
56820- 379
U.S.Penitentiary
Marion, Illinois - 62959

Ref Number: SSS-BANKRUPTCY COURT-NBGA-050916-NOTICE

Attention: CLERK OF THE COURT

This Document is being
filed for the Benefit
of Annamalai Annamalai
in the action No. 09-42915-MGD
Please hand it over to the
judge's chambers and please
mail me a "Stamped Copy"
for my records

Annamalai

56820-379∞
75 Wednesday Court
Clerk OF THE Court
Atlanta, GA 30303
United States

Annamalai Annamalai
56820-379
U.S.Penitentiary
P.O.Box- 1000
marion, Illinois- 62959

Ref: SSS- Kalavathi- DFF-SOD-INJUNCTION



56820-379∞
Bhaskaran Kalavathi
2488 N Mahwood ST
Orange, CA 92865
United States

Annamalai Annamalai
56820- 379
U.S.Penitentiary
P.O.Box -1000
marion, Illinois- 62959

Ref: SSS-DISCOVER-SOD-DFF-INJUNCTION

56820-379∞
Discover Financial Services
PO BOX 3025
NEW Albany, OH 43054
United States

Annamalai Annamalai
56820- 379
U.S.Penitentiary
P.O.Box-1000
marion, Illinois- 62959

56820-379∞
Daskhesh Naveshkumar

Annamalai Annamalai
56820- 379
P.O.Box- 1000
Marion, Illinois - 62959

Ref. No.SSS-BV-NOF-VA-050216

56820-379∞
Venugataraium Baskaran
1323 Forty OAKS DR
Herndon, VA 20170
United States

Annamalai Annamalai
56820-379
C/O U. S. Penitentiary
P.O.Box - 1000
Marion, Illinois - 62959

Ref: SSS- NOD/ DFF/INJUNCTION/050216-BoRN



56820-379∞
John Horn
75 Spring ST
600 US Court House
Atlanta, GA 30303
United States

Annamalai Annamalai
56820-379
C/O/U.S.Penitentiary
P.O.Box-1000
marion, Illinois - 62959

Ref: No.SSS-SUKHI DHILLON  NOF-050216

56820-379∞
Dhillon Sukhinder Kaur
3513 Serenity CT
Fairfield, CA 94534

SUIT NUMBER,_____

IN THE
DISTRICT COURT OF UNITED STATES
FOR THE DISTRICT OF NEW JERSEY

_____

TO THE HONORABLE CHANCELLOR OF THE COURT

_____

Annamalai Annamalai,

Complainant,

V.

Vanaja Sekar

Respondents.

_____

MOTION & DEMAND

FOR MANDATORY JUDICIAL NOTICE
PURSUANT TO FED.R.EVID. 201(c)(2) & 401(c)(2)

_____

PERMANANT ADDRESS

Annamalai Annamalai
Old Number 48; New Number 61
Sathyamoorthy Road, Ram Nagar
Coimbatore — 641009
INDIA
TEMPORARY ADDRESS IN UNITED STATES OF AMERICA
56820 — 379 : C/O/Marion U.S.Penitentiary :
Marion, Illinois — 62959

_____

Comes Now, Annamalai Annamalai, hereinafter " Complainant", filing this DEMAND to the Honorable Court to take Mandatory Judicial Notice of the entire MAXIMS and PRINCIPLES OF EQUITY, pursuant to Fed.R.Evid. 201(c)(2) and F.E.R. 401(c)(2), and he further respectfully shows the Court as follows.

This instant suit is being filed by the Complainant as a suit for "breach of Contract" and he has filed a Suit for Specific Perfor--mance of a Contract with the Chancellor of this Court.The Complainant respectfully demand the Chancellor of the Court to take mandatory Judicial Notice of MAXIMS an PRINCIPLES OF EQUITY, and the same could be well found from the book published by an author known as " Henry Richard  Gibson" and particularly in his book, which was titled as " A TREATISE ON SUITS IN CHANCERY", a reprint done on 2013, and published by " ISHA BOOKS; B-69, New Gupta colony, New DDA Market, New Delhi -110009, India. The same book was first published in USA in the year 1907.

The Complainant has also given certain MAXIMS AND PRINCIPLES OF El ITY, which are most related to this Suit, and he has derived those principles from the same Book published by the famous author Henry Richard Gibson, and they are as follows.

1. Whereas the Courts of Law as at present established, are not equal to the redress of all kinds of injuries, but many innocent men are withheld of their rights, and some deprived of them altogether, for want of a Court or Courts of Equity.

2. The equitable or inherent jurisdiction of the Chancery Court includes all cases of an Equitable nature, where the debt or demand exceeds fifty dollors.These cases include the following:

(a). All Suits resulting from accidents and mistakes.
(b). All Suits resulting from frauds, actual and constructive.
(c). All Suits for Specific performance of Contracts.
(d). All Suits for an accounting, and for surcharging and falsifying accounts.
(e). All suits for enforcement of lins created by mortgages deeds of trust, sales of land on Credit, or other equitable considerations.
(f). All suits for forfeiture and pelaties.
(g). All suits to obtain set-off against a judgement
(h). All suits to remove clouds and quiet titles.
(i). All Suits for a New Trial after a judgement at law.
(j). All Suits to prevent the doing of an illigal or in- equitable act to the injury of Complainant's property rights, or interests, quia timet.

1.

3. Thus, Equity will not suffer a wrong without a remedy, and Equity operates upon the person, was builded that grand structure of juris- prudence called Equity.

4. Equity Delights to do Complete Justice, and Not by Halves.

5. He who seeks equity must do equity.

6. Equity regards that as done which ought to be done.

7. Equity looks to the intent rather than to the form.

8. The Courts of Common Law respected forms and ceremonies, and would not look beneath a seal, nor behind a writing, nor beyond the verdict of a jury, nor allow a judgement to be questioned, fraud took advantage of these rules, and made forms, writings, seals, verdicts, and Judge -ments its instrumentalities and agencies in effecting its nefarious schemes for the undoing of the weak, the inexperienced, the trusting and the needy. However, Equity established her Courts, she disregar- -ded forms, discredited cermonies, peered beneth the seal, looked behind writings, questioned the verdicts of juries, and did not hesi- -tate to set aside the solemn judgements of Courts, when found to be unjust and procured by fraud.

9. DEBITUM ET CONTRACTUS SUNT NULLIUS LOCI - Neither a debt nor a contract are local in nature. Suits to recover debts, and suits based on contracts, are called transitory actions, and may be brought wher- ever the debtor is found.

10. The law arises out of the transaction.

11. The express mention of one person or thing in a written instrument is equivalent to the express exclusion of all other persons or things.

12. JUDICIS EST JUDICARE SECUNDUM ALLEGATA ET PROBATA - It is the duty of a Judge to decide according to the allegations of the pleadings and the pertinent proof.

13. The MAXIMS have an inherent probative force, and need not to be proved.

14. He who  CONSENTS to what is done cannot complain of it.( Volenti non fit injuria). No right of action accrues to a person who agreed to what was done, even though it injured him.

## NOTICE, AND ITS EFFECTS : ACQUIESCENCE , AND ITS EFFECTS

15. EFFECT OF BEING PUT ON INQUIRY: Whenever a party has information or knowledge of certain extraneous facts, which of themselves do not amount to, nor tend to show, an actual notice, but which are sufficient to put a reasonably prudent man upon inquiry respecting a conflicting interest, claim or right; and the circumstances are such that the inquiry, if made and followed  up with reasonable care and diligence would lead to a discovery of the truth, to a knowledge of the interest, claim, or right which really exists; then the party is absoltely charged with a con                          2,

charged with a constructive Notice of such interest, claim or right. The Presumption of knowledge is then consclusive.

16. The Courts enforce the Maxim. " Equity aids the vigilant, not those who sleep upon their rights.The neglect to do a thing in proper season is called laches, and is one of the unpardonable sins in the sight  of a Court of Equity.

17. WAIVER AND ITS EFFECTS: A litigation is a legal combat in which each party has the rights to take every lawful advantage of his adversary, and when a party fails or declines to exercise this right, in any given case, he is deemed to have waived it, for reasons satisfactory to himself.

18. The Court requires the adverse party to interpose his objection in due season; and if he fails so to do, he will be deemed to have waived his right to object.

19. The party who is deemed to have waived his right to object has no just cause to complain of this rule of the Court.

20. What a man  consents to he cannot complain of, and this consent may be inferred from silence or from conduct.

21. The doctorine of Waiver promotes diligence, prevents trickery and bad faith, and preserves rights acquired in consequence of the waiver.

22. Indeed any party, who with knowledge of the grounds of objection to any act or proceeding in court by any other party, or by an officer or witness, fails in due season, to avail himself of such grounds of objection, and to have acquiesced therein, and is estopped by his conduct.So the Courts rule that a party who will not object when he should, shall not object when he would.

23. CONSENT AND ITS EFFECTS:- Consent is the concurrence of agreement of two or more persons as to any matter of fact or opinion.

24. However, one or more of the parties to an agreement should violate the agreement the other party could apply to the Courts, either to prevent any further violation, or for the damages resulting to him by reason of the Violation, or for a specific performance of the agreement.

25. Agreements control the law- MODUS AT CONVENTIO VINCUNT LEGIN. Neither the Courts nor the legislature can set aside a valid agreement They are protected by the CONSTITUTION of both the State and the United States.

26. Consent does away with any error in the agreement.

27. When a party agrees to in the course of a litiagtion is so binding upon him that he cannot appeal from it, or if an appeal should be granted, the Supreme Court will not hear him,

28. It is one of the boasts of the Chancery Courts that their doors are open to every person who has suffered a wrong  cognizable in Equity.

29.  The Court <u>Cannot notice matter</u>, however clearly proved, as to which there is <u>no allegations or issues in the pleadings</u>. A fact neither alleged in the bill nor stated in the answerm is therefore, **not in issue**, and **cannot be considered by the courts**, although essential to complainant's  success and fully proved. Courts cannot <u>notice proff of matters not alleged.</u>

30. Besides, the Court has <u>no jurisdiction</u> of <u>any matter</u> **not** <u>contained</u> in the Pleadings.

31. The value of anything is estimated according to its worth in money.

32. It  is, indeed, a maxim that where parties <u>CONSENT</u>  **they bind the Court** where they <u>do not</u>  CONSENT, the Courts binds them.

33. The Doctorine of Waiver operates somewhat as does the Doctrine of <u>laches,</u> or the statue of limitations, or an <u>estoppel.</u>

34. <u>Frauds</u> are viewed with great horror and indignation by Courts of Equity, as destructive of that honorable confidence necessary  for human intercourse, and as constitutiong a sort of treason against  society itself.

35. Equity Regards the beneficiary as the Real owner.


     Wherefore, the Complainant, respectfully requests and demand that the Chancellor of the Court to take Judicial Notice of  the entire MAXIMS AND PRINCIPLES OF EQUITY, including what was stated  as above in the item numbers 1 through 35, which in fact were copied from the Maxims and principles of Equity.


     Respectfully submitted on this day of  30  ,  May , 2016.

Annamalai Annamalai
old No.48, New No.61
Sathyamoorthy Road,
Ram Nagar,
Coimbatore – 641009
India.
Present Mailing Address:
C/O Marion United States Penitent
56820 – 379
P.O.Box–1000
Marion, Illinois – 62959

4.

IN THE
DISTRICT COURT OF UNITED STATES
FOR THE
DISTRICT OF NEW JERSEY

TO; The Honorable Chancellor of the Court:

| | | |
|---|---|---|
| Annamalai Annamalai, Complainant/Petitioner, | * | |
| | * | |
| | * | |
| V. | * | SUIT NUMBER:_____ |
| | * | IN EQUITY |
| Vanaja Sekar, et al. Defendants/ Respondents. | * | |
| | * | |
| | * | |

INJUNCTION BOND

Whereas, Annamalai Annamalai, has this day filed a Bill including but not limited to an injunction in this Court against all the defendants in this Suit.

Now, I, the said Annamalai Annamalai, as Principal, acknowledge myself indebted to the Defendants, in the sum of one Thousand dollors/ sufficient amount, to pay all costs that may at any time be assessed/ adjudged against the Petitioner/ complaint in said cause, in the event the same are not paid by him. Complainant/ Petitioner agrees, he will not leave the State of Illinois without the leave of the Court during pendency of this Suit.

___01___ , __June__ , 2016.

Annamalai Annamalai
C/O Marion U.S.Penitentiary
Marion, Illinois-62959

Page 1 of 2

Injunction Bond

ATTESTATION

Illinois State )
)
Williamson County )

Personally appeared us Jeffrey Lucas, Kurt F.Johnson, James Timothy
Turner, Private Americans at said county and State, Annamalai
Annamalai who is personally known to us, who did execute the foregoing
injunction Bond and has committed that he is obligated thereto, and
did before us subscribe and solemnly affirm this ___01,day of _June,_
A.D.,2016.

Annamalai Annamalai

Affirmed and Subscribed before me:

Jeffrey Lucas
C/O Marion U.S.Penitentiary
4500 Prision Road
Marion, Illnois-62959

Affirmed and Subscribed before me:

Kurt F.Johnson
C/O U/S.Penitentiary
P.O.Box-1000
Marion,Illinois- 62959

Affirmed and Subscribed before me:

James Timothy Turner
C/O U.S.Penitentiary
P.O.Box-1000
Marion,Illinois-62959

Page 2 of 2 Pages
Injunction Bond

IN THE
DISTRICT COURT OF UNITED STATES
FOR THE
DISTRICT OF NEW JERSEY

TO: The Honorable Chancellor of the Court:

| | |
|---|---|
| Annamalai Annamalai,<br>    Complainant/ Petitioner, | *<br>* |
| | * |
| | * |
| V. | *    SUIT NUMBER:_____ |
| | *             IN EQUITY |
| Vanaja Sekar, et al.<br>    Defendants/ Respondents. | * |
| | * |
| | * |
| | * |

BOND FOR COSTS

Whereas, Annamalai Annamalai has this day filed a Bill in this Court, against all the named defendants in this Suit in the sum of One Thousand Dollors/sufficient amount, to pay all costs that may at any time be assessed/adjudged against the Petitioner in said cause, in the event the same are not paid by him.

_01_ , _June_ , 2016.

Annamalai Annamalai
C/O Marion U.S.Penitentiary
Marion, Illinois-62959

Page 1 of 2 Pages
Bond For Costs

ATTESTATION

Illinois State        )
Williamson County )

Personally appeared as Jeffrey Lucas, Kurt F.Johnson, James Timothy Turner, Private Americans at said county and State, Annamalai Annamalai who is personally known to us, who did execute the fore--going'Bond For Costs' and has committed that he is obligated thereto, and did before us subscribe and solemnly affirm this 01,day of June, A.D., 2016.

Annamalai Annamalai

Affirmed and Subscribed before me;

Jeffrey Lucas
C/0 Marion U.S.Penitentiary
4500 Prision Road
Marion, Illinois 62959

Affirmed and Subscribed before me;

Kurt F.Johnson
C/O U.S.penitentiary
4500, Prision Road
Marion, Illinois 62959

Affirmed and Subscribed before me;

James Timothy Turner
C/O U.S.Penitentiary
4500 Prision Road
Marion,Illinois 62959

Page 2 of 2 Pages
Bond For Costs

SUIT NUMBER:_____

IN THE
DISTRICT COURT OF UNITED STATES
FOR
THE DISTRICT OF NEW JERSEY

_____

TO THE HONORABLE CHANCELLOR OF THE COURT

_____

Annamalai Annamalai,
Complainant,

V.

Vanaja Sekar, et al.
Defendants/ Respondents.

_____

UNOPPOSED, EX PARTE MOTION FOR INTERLOCUTORY INJUNCTION

_____

Permanent Address

Annamalai Annamalai
Old Number 48, New Number 61
Sathyamoorthy Road, Ram Nagar
Coimbatore - 641009
INDIA

Temporary Address:

C/O Marion United States Penitentiary
56820-379, P.O.Box-1000
Marion, Illinois-62959

_____

COMES NOW, Complainant Annamalai Annamalai ( ' Complainant ' ) moves the Court to immediately grant this Ex Parte Motion for an Order for Interlocutory Injunction in favor of the Complainant on grounds that the Verified record of'Consent and Agreement'between the Complainant and the Defendants, Copy attached here to and incorporated herein annexed as Exhibit – XXX, which was titled as " Notice, Demand for Payment & Demand for Specific Performance & NOTICE OF INTERLOCUTORY INJUNCTION, manifest and set forth that:

    1.To stop the Continuing irreparable harm and injury to the Complainat, because of the Continued failure of the Defendants in honoring their CONSENT and AGREEMENT; and

    2, The Defendants are unopposed to this Motion based on their Tacit Acquiescence to the " NOTICE OF INTERLOCUTORY INJUNCTION " See

    3. The Defendants have CONSENTED and AGREED with the Complainant based on the Defendants'Tacit Acquiescence to "FREEZE" any and all properties and any and all real estates in which the Defendants' has/have interest/ ownership of any sort or has/have any kinds of possessory interest and or direct and or indirect control, until this live Controversy settled fully by the Court, which also includes all kinds of Appeals.

    4. The Defendants have Consented and Agreed to FREEZE any and all cash, money in any bank accounts in any form, which are in/on the name/s of the Defendants'.

    5. The Defendants "did Not" object the Notice of Interlocutory Injunction delivered to the Defendants, until filing this Motion in any means, and have CONSENTED and AGREED to this Motion based on their Tacit acquiescence.

    6. The Complainant is entitled to an interlocutory injunction with the subjects which were Consented and Agreed, as described in point number 3 & 4 above and also evidenced by the Exhibit–XXX.

    7. Bond has been given to indeminify Defendants', a Copy attached hereto and incorporated herein annexed as Exhbit– AAA.

This is the First request for ' Unopposed , Ex Parte Motion for interlocutory injunction and order regarding same.

/Marion U.S.Penitentiary
Marion, Iillinois-62959

Annamalai Annamalai
05-30-2016

1.

VERIFICATION

Complainant Annamalai Annamalai, makes solemn affirmation that the
statements in his foregoing UNOPPOSED EX PARTE MOTION FOR INTERLO
-CUTORY INJUNCTION AND ( PROPOSED ) ORDER, made as of his own kno-
-wledge are true, and those made as on information and belief, he
believes to be true, made in Williamson County,

30      MAY
_____ , _____ , 2016.

Annamalai Annamalai

Affirmed and Subscribed before me;
                                    James Timothy Turner
                                    C/O Marion U.S.Penitentiary
                                    Marion, Illinois-62959

Affirmed and Subscribed before me;
                                    Kurt E Johnson
                                    C/O Marion U.S.Penitentiary
                                    Marion, Illinois-62959

Affirmed and Subscribed before me;
                                    Jeffrey Lucas
                                    C/O Marion U.S.Penitentiary
                                    Marion, Illinois-62959

2.

DECLARATION OF ANNAMALAI ANNAMALAI UNDER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C.  1746


I Annamalai Annamalai is making the following Declarations, in
support of my "Unopposed Motion"for Interlocutory Injunction, and
I declares as follows.


1. I am a well educated and well matured natuarl person, with
sound mind.

2. I am a Hindu High priest/ Swamiji and also , I was approved
by the United States Government as a Hindu High priest/Swamiji to
live and work in the United states, with my family.

3. He who CONSENTS to what is done cannot complain of it. No right
of action accrues to a person who agreed to what was done.

4. I fully adopt and reincorporate the facts as stated in`my motion
"UNOPPOSED MOTION FOR INTERLOCUTORY INJUNCTION" as if fully re-
-stated herein.

5. I have submitted the Motion, to the Chancellor of this Court,
as per the "MAXIMS and PRINCIPLES of Equity, and I do not want
a remedy at law, and I want remedy as per the Maxims and Principles
of Equity.

6. Without the Interlocutory injunction, there is no means to
stop the continuing irreparable harm and injury to me which is
caused by the defendants.

7. There is no threat to the defendants, by allowing this Unopposed
motion in favor of me, since its an 'UNOPPOSED MOTION FOR INTER-
- LOCUTORY INJUNCTION", which was CONSENTED AND AGREED BY THE PARTIES.

8. The Defendants and the Complainant, which is me, Consented to
and for a INTERLOCUTORY INJUNCTION, and AGREEMENT CONTROLS THE LAW.

9. Consent does away any error in the agreement.

10. CONSENT is the concurrence of AGREEMENT of two or more persons
as to ANY matter of FACT OR OPINION.

11.It is, indeed, a Maxim that where parties CONSENT, THEY **BIND**
the **COURT**, where they do not CONSENT, the Courts binds them.

12. In this instant case both the Defendants and the Complainant
which is Annamalai have CONSENTED and AGREED for an INTERLOCUTORY
INJUNCTION, and they BIND THIS COURT for an ORDER from this COURT.

1.

13. The Court SHALL NOT interfere in the Private Contract, where which the Parties are already in Consent and Agreement for an Interlocutory Injunction and certain facts.

14. By allowing the INTERLOCUTORY INJUNCTION by this Court, thr--ough its ORDER, it will create confidence to the General Public that, the Courts' will abide by the rules and regulations, and always the injured party will get maximum justice as per the Principles of Equity.

15. The Court's immediate action to order with an Interlocutory injunction will support the Public interest, and NO ONE is going to be prejudiced by the Injunction, since its after all an UNOPPOSED Interlocutory Injunction.

16. The delay or denial in allowing this Interlocutory injunction will cause more harm towards the Complainant, than the Defendants in this action.

17. I would like to respectfully again state that, the Defendants in this Suit, who absolutely have knowledge of the Unopposed Motion which I am entitled to, and the Defendants who with the knowledge of the grounds of Objection to any act or proceeding in Court by any other party, or by an officer or witness, fails in due season, to avail himself/ herself/ itself, of such grounds of objection, and to have **acquiesced therein and is estopped** by his/her/its Conduct. SO THE COURTS RULE THAT A PARTY WHO WILL NOT OBJECT WHEN HE SHOULD, SHALL NOT OBJECT WHEN HE WOULD.

18. All the facts which are stated in the Motion attached with this Declaration and the facts as stated in my BILL IN EQUITY are true to the best of my knowledge and beliefs, and I am entitled to this"INTERLOCUTORY INJUNCTION", since it was a part of EXPRESS CONTRACT which were CONSENTED and AGREED TO, and we parties are in CONSENT, who BINDS the COURT, with our AGREEMENT.

All the facts assertions, contentions as stated above are true to the best of my knowledge and beliefs and I am making this Declaration, under penalty of Perjury Pursuant to 12 U.S.C 1746.

Date: 30, May, 2016

Annamalai Annamalai

2.

VERIFICATION

Illinois State    )
Williamson County)


I, Annamalai Annamalai, makes solemn affirmation that the Statements in my foregoing Bill, made as of my knowledge, are true and those as on information and belief, I believe to be true. I am making this VERIFICATION under Penalty of Perjury, Pursuant to 28 U.S.C.§ 1746.


Date: 30, May, 2016.

Annamalai Annamalai
Complainant


Affirmed and Subscribed before me;

Kurt F.Johnosn
C/O Marion U.S.Penitentiary
P.O.Box-1000
Marion, Illinois-62959


Affirmed and Subscribed before me;

James Timothy Turner
C/O Marion U.S.Penitentiary
P.O.Box-1000
Marion, Illinois-62959


Affirmed and Subscribed before me;

Jeffrey Lucas
C/O Marion U.S.Penitentiary
P.O.Box-1000
Marion, Illinois-62959

IN THE
DISTRICT COURT OF UNITED STATES
FOR THE DISTRICT OF
NEW JERSEY

| | | |
|---|---|---|
| Annamalai Annamalai,<br>    Complainant/Petitioner, | * | |
| | * | |
| | * | SUIT NUMBER:_____ |
| V. | * | IN EQUITY |
| | * | |
| Vanaja Sekar, et al.<br>    Defendants/Respondents. | * | ORDER OF INTERLOCUTORY<br>INJUNCTION |
| | * | |
| | * | |
| | * | |

Complainant's Motion for Interlocutory Injunction has NOT been opposed. The time for responding has run out without any opposition having been sent to the Complainant.

This matter has been determined by Consent & Agreement of the parties.( Consent makes the Law ).The Consent and Agreement between the parties requires that certain properties, money to be ' freezed ' until the Suit and any and all appeal comes to an end.

Therefore the Motion for Interlocutory Injunction is GRANTED. Persons bound:

The Respondents,

Vanaja Sekar, Packyalekshmi Pillai, Velu Pillai, Manisha Jasty, Sonali Kraft, Kevin Kraft, Kalavathi Baskaran, Vasundhara Krishnamohan and Hema Mehta.

It is hereby **ORDERED** that, any and all cash, money, properties, Real Estates in which the defendnats have/ has ownership/s, interest, control(Direct & Indirect) are FREEZED as per this ORDER, and the defendants shall not encumber, transfer, sell or lease, pledge, give away, in any means to any one of any of their propertie/s, without the leave of the Court. Further, the Defendants are ORDERED to submit the list of properties, bank accounts, personal effects/properties in which the Defendants have any and all kinds of ownership, control, in any means to this Court within 7 days from the date of this ORDER.

IT IS SO ORDERED.

Dated:_____                    _____

```
                        IN THE
              DISTRICT COURT FOR THE
              CIRCUIT OF COLUMBIA
```

Annamalai Annamalai,
   Complainant/ Petitioner,          *

V.                          *

                          *   Suit Number:_____

Vanaja Sekar, et al.,
   Defendants/ Respondents.    *

                          *

                          *

                          *

---

## COMPLAINANT ANNAMALAI ANNAMALAI'S WRIT OF PRAECIPE

---

   comes now, Annamalai Annamalai, hereinafter, the "Petitioner", the moving party and makes this appearance to this court to present " Writ of Praecipe" to the Clerk of the court, In re: Filing fee for this instant Suit/ Petition, as herein more fully appears.

### SECTION-1

1. Remedy and Relief Request/demanded of the Clerk of the court:·

   The petitioner, respectfully demands that the Clerk of the Court issue an order to waive all fees and costs for this new cause of action, for cause and send the Petitioner notice of said waiver at the following address:

Annamalai Annamalai
C/O Marion United States penitentiary
P.O.Box-1000
Marion, Illinois-62959

### SECTION-2

2. Grounds for Remedy and relief Requested/demanded in Section 1.

   The Petitioner requesting the Clerk of the court, to facilitate the Petitioner to move on with this new action/Petition without any payment and costs, NOT as a benefit or Privilege as an indigent party, but as an inherent rights as a NATURAL INDIVIDUAL. The Petitioner humbly requests the Court and the Clerk of the Court to take Judicial Notice pursuant to Fed.R. Evid. 201(d), the published legal authority from the Supreme court of the United States in support of his request/demand in the cases "Crandall VS. Nevada, 6 Wall 35, 18 L.Ed 745: and Hale VS. Hinkle, 201 U.S. 43, 50 L.Ed. 652, 26 S.Ct 370 ( see also 8 U.S.C. 1101 (a) (21) (22).

Further, The Petitioner is entitled to the remedy and relief requested/demanded in "Section-1" as to access the court without costs and or fees.

3.                        ONCLUSION

   Based on the Petitioner's grounds, and Published legal authority as stated in the "Section-2", the Clerk must provide the requested and demanded Remedy and Relief in the "Section-1".

1.

VERIFICATION

I, Annamalai Annamalai, a natural person, hereinafter referred to as "Declarant" hereby affirms and declares, based on personal knowledge, understanding and belief, as a free as and deed, that:

1. Declarant is of age of majority, of sound mind, and competent to testify.

2. Declarant delivered an original copy of Declarant's "Writ of Praecipe" to the Clerk of the court in re: FILING FEE & OTHER COSTS for this action to a member of Federal Bureau of Prisons at Marion USP on **O2, JUNE**, 2016.

Pursuant to 28 U.S.C, 1746, the Declarant Annamalai Annamalai, states under Penalty of Perjury that, the Petitioner's facts relied upon for the Writ of Praecipe is of his own knowledge of the facts and his personal beliefs which he relied on.

Executed on **O2, JUNE**, 2016.

　　　　　　　　　　　　　　　　　　Annamalai Annamalai
Illinois State　　)　　　　　　　　Marion U.S.Penitentiary
Williamson County)　　　　　　　　56820-379
　　　　　　　　　　　　　　　　　　Marion, Illinois-62959

I, Annamalai Annamalai, makes solemn affirmation that the Statements in my foregoing Bill, made as of my knowledge, are true and those as on information and belief, I believe to be true. I am making this VERIFICATION under Penalty of Perjury, Pursuant to 28 U.S.C.§ 1746.

Date: **O2　JUNE**, 2016.

　　　　　　　　　　　　　　　　　　Annamalai Annamalai
　　　　　　　　　　　　　　　　　　Complainant

Affirmed and Subscribed before me;
　　　　　　　　　　　　　　　　　Kurt F. Johnosn
　　　　　　　　　　　　　　　　　C/O Marion U.S.Penitentiary
　　　　　　　　　　　　　　　　　P.O.Box-1000
　　　　　　　　　　　　　　　　　Marion, Illinois-62959

Affirmed and Subscribed before me;
　　　　　　　　　　　　　　　　　James Timothy Turner
　　　　　　　　　　　　　　　　　C/O Marion U.S.Penitentiary
　　　　　　　　　　　　　　　　　P.O.Box-1000
　　　　　　　　　　　　　　　　　Marion, Illinois-62959

Affirmed and Subscribed before me;
　　　　　　　　　　　　　　　　　Jeffrey Lucas
　　　　　　　　　　　　　　　　　C/O Marion U.S.Penitentiary
　　　　　　　　　　　　　　　　　P.O.Box-1000
　　　　　　　　　　　　　　　　　Marion, Illinois-62959

2.

United States District Court
for the
DISTRICT OF NEW JERSEY

Annamalai Annamalai ,                    )
   Complainant/Petitioner,               )
                                         )
                                         )
              V.                         )
                                         )   Case Number: ____ _____ __ __
Vanaja Sekar, et al.                     )              IN EQUITY
   Defendants/ Respondents.              )
                                         )
                                         )
                                         )
                                         )

## NOTICE AND CONSENT TO
## PROCEED BEFORE A MAGISTRATE JUDGE

Annamalai Annamalai,  Petitioner consents to have a magistrate
judge conduct all proceedings in this case, including trial, entry
of final judgment, and all post-trial proceedings, according to
the doctrines and principles of Equity.

### Verification

Petitioner makes solemn affirmation that the statements in
his foregoing Notice and Consent to Proceed Before a Magistrate
Judge, made as of his own knowledge are true, and those made as on
information and belief, he believes to be true.

_____
Annamalai Annamalai
05/30/2016

Notice and Consent to Proceed Before a Magistrate

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF NEW JERSEY

To: The Honorable Chancellor:


Annamalai Annamalai,
   Complainant/Petitioner,

       V.


Vanaja Sekar, et al.
  Defendants.

# NOTICE AND CONSENT TO
## PROCEED BEFORE A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* In accordance with 28 U.S.C. § 636(c), a United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States Court of Appeals for the Seventh Circuit like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent. You may consent to have your case referred to a magistrate judge, or you may withhold your consent without substantive adverse consequences.

---

Note: If this case is transferred on consent to a magistrate judge, major criminal cases will not interfere with its scheduling and progress. This means that it is likely this civil case will be resolved sooner and at less expense to the parties if a magistrate judge decides the case.

---

*Consent to a magistrate judge's authority.* The following parties consent to have a magistrate judge conduct all proceedings in this case including trial, entry of final judgment, and all post-trial proceedings. Acceptance is conditional, upon condition that all proceedings will be conducted pursuant to the doctrines and principles of Equity.

| Printed Name of Party | Signature of Party or Attorney | Date 05/30/2016 |
| --- | --- | --- |
| Annamalai Annamalai | *[signature]* | |
| | | |
| | | |

Attorneys should electronically file this form under seal with the clerk of court only if consenting to the exercise of jurisdiction by a magistrate judge (use the event "Consent/Non-Consent to US Magistrate Judge located under "Other Filings, Other Documents."). Do not send this form to the judge. Unrepresented parties should submit the form to the clerk in paper format. Illinois Department of Corrections institutions participating in the electronic filing program should transmit the form electronically for e-filing by the clerk. Each party may file an executed form independently, or the parties may circulate one form to be signed by all and electronically filed when all signatures are obtained.

AO 85 (Rev. 01/09)
MODIFIED SDIL (7/2013)

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF NEW JERSEY

Annamalai Annamalai )
)
_____ )
Complainant )
)
Vanaja Sekar, et al. )
)
_____ )
Defendants/ Respondents )

SUIT NUMBER: _____
IN CHANCERY

SUMMONS IN A CIVIL ACTION

To: (Respondent Name & Address)
Vanaja sekar
636 Denver Blvd
Edison
New Jersey-08877

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
ANNAMALAI Annamalai, 56820-379
US Penitentiary
PO.BOX-1000
Marion,IL-62959

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                       *Server's signature*

                                          _____
                                                       *Printed name and title*

                                          _____
                                                       *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF NEW JERSEY

Annamalai Annamalai
)
───────────────────────
Complainant
)
)
)       SUIT NUMBER: _____
Vanaja Sekar, et al.
)
IN CHANCERY
)
─────────────────────
Defendants/ Respondents
)

### SUMMONS IN A CIVIL ACTION

To: (Respondent Name & Address)

Manisha Jasty
2622 Edward Stec Blvd
Edison
New Jersey-08854

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANNAMALAI Annamalai, 56820-379
US Penitentiary
PO.BOX-1000
Marion, IL-62959

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

───────────────────────────
*Signature of Clerk or Deputy Clerk*

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                    *Server's signature*

                                               _____
                                                    *Printed name and title*

                                               _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF NEW JERSEY

Annamalai Annamalai )
_____ )
Complainant )
)                    SUIT NUMBER: _____
Vanaja Sekar, et al. )
)                                    IN CHANCERY
_____ )
Defendants/ Respondents )

### SUMMONS IN A CIVIL ACTION

To: (Respondent Name & Address)
Velu Pillai
23, Sherwood Lane
columbus
New Jersey-08022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ, P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANNAMALAI Annamalai, 56820-379
US Penitentiary
PO.BOX-1000
Marion,IL-62959

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                      *Server's signature*


                                      _____
                                      *Printed name and title*


                                      _____
                                      *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF NEW JERSEY

Annamalai Annamalai )
)
_____ )
Complainant )
)
Vanaja Sekar, et al. )
)
_____ )
Defendants/ Respondents )

SUIT NUMBER: _____

IN CHANCERY

### SUMMONS IN A CIVIL ACTION

To: (Respondent Name & Address)
Packyalekshmi Pillai
23 Sherwood Lane
Columbus,
New Jersey-08820

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANNAMALAI Annamalai, 56820-379
US Penitentiary
PO.BOX-1000
Marion,IL-62959

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                    *Server's signature*

                                       _____
                                                    *Printed name and title*

                                       _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF NEW JERSEY

Annamalai Annamalai )
.............................................................................. )
Complainant )
)  SUIT NUMBER: _____
Vanaja Sekar, et al. )
IN CHANCERY
Defendants/ Respondents )

SUMMONS IN A CIVIL ACTION

To: (Respondent Name & Address)
Sonali Kraft
2622 Edward Stec Blvd
Edison
New Jersey-08854

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANNAMALAI Annamalai, 56820-379
US Penitentiary
PO.BOX-1000
Marion,IL-62959

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                        *Server's signature*

                               _____
                                        *Printed name and title*


                               _____
                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF NEW JERSEY

Annamalai Annamalai )
)
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ )
Complainant )
) SUIT NUMBER:
Vanaja Sekar, et al. ) ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
) IN CHANCERY
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ )
Defendants/ Respondents )

SUMMONS IN A CIVIL ACTION

To: (Respondent Name & Address)

Kevin Kraft
2622 Edward Stec Blvd
Edison
New Jersey-08854

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ, P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANNAMALAI Annamalai, 56820-379
US Penitentiary
PO.BOX-1000
Marion,IL-62959

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
*Signature of Clerk or Deputy Clerk*

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

◻ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◻ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

◻ I returned the summons unexecuted because _____ ; or

◻ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                    *Server's signature*


                                              _____
                                                    *Printed name and title*


                                              _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF NEW JERSEY

Annamalai Annamalai ⟩
⟩
Complainant ⟩
⟩ SUIT NUMBER:
Vanaja Sekar, et al. ⟩
⟩ IN CHANCERY
Defendants/ Respondents ⟩

### SUMMONS IN A CIVIL ACTION

To: (Respondent Name & Address)
Kalavathi Baskaran
2498, North Ash wood Street,
Orange
California-92865

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ, P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
ANNAMALAI Annamalai, 56820-379
US Penitentiary
PO.BOX-1000
Marion,IL-62959

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___ _____ .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                           *Server's signature*


                              _____
                                           *Printed name and title*


                              _____
                                           *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF NEW JERSEY

Annamalai Annamalai )
)
—————————————————————— )
Complainant )
)   SUIT NUMBER:
)
Vanaja Sekar, et al. )                         IN CHANCERY
)
—————————————————— )
Defendants/ Respondents )

### SUMMONS IN A CIVIL ACTION

To: (Respondent Name & Address)
Hema Mehta
54, Fieldstone Ct,
Frederick
Maryland-21702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANNAMALAI Annamalai, 56820-379
US Penitentiary
PO.BOX-1000
Marion,IL-62959

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

—————————————————————
*Signature of Clerk or Deputy Clerk*

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                        *Server's signature*

                                   _____
                                   *Printed name and title*


                                   _____
                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF NEW JERSEY

Annamalai Annamalai
)
)
_____ )
Complainant )
)
Vanaja Sekar, et al. )
)
_____ )
Defendants/ Respondents )

SUIT NUMBER: _____

IN CHANCERY

### SUMMONS IN A CIVIL ACTION

To: (Respondent Name & Address)
Vasundhara Krishnamohan
59 royal Drive
Apt No. 214
Piscataway, New Jersey-08854

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANNAMALAI Annamalai, 56820-379
US Penitentiary
PO.BOX-1000
Marion,IL-62959

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.


Date: _____          _____

                                *Server's signature*


                               _____

                                *Printed name and title*


                               _____

                                *Server's address*

Additional information regarding attempted service, etc: